# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br><br>　　　　　Plaintiff<br><br>　　　　　v.<br><br>**SURESCRIPTS, LLC**<br>2800 Crystal Drive<br>Arlington, VA 22202<br><br>　　　　　Defendant. | Case No.: |

### [Proposed] Order Granting Plaintiff's Ex Parte Motion to File Complaint Temporarily Under Seal

Plaintiff Federal Trade Commission ("FTC"), having moved ex parte for an Order directing that its Complaint be filed temporarily under seal, and for good cause shown,

**IT IS HEREBY ORDERED** that

The FTC's Ex Parte Motion to File its Complaint Temporarily Under Seal is granted. The FTC's Complaint shall be sealed for ten calendar days from the date of this order to allow Defendant Surescripts, LLC and relevant third parties an opportunity to seek a protective order to seal permanently information in the Complaint.

If, upon expiration of this ten day period, neither Defendant nor third parties have moved to seal information contained in the Complaint, the Clerk of Court is directed to lift the temporary seal, and place the complete, unredacted Complaint on the public record.

Plaintiff will promptly provide Defendant and relevant third parties with notice that this Order (if granted) has been granted.

**IF DENIED, IT IS HEREBY ORDERED** that

Plaintiff's unredacted Complaint, redacted Complaint, and Ex Parte Motion to File its Complaint Temporarily Under Seal shall be returned to Plaintiff without filing.

**SO ORDERED:**

Dated: _____     _____
                                                                                 United States District Court Judge