UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

SURESCRIPTS, LLC,

Defendant.

Civil No. 19-1080 (JDB)

## ORDER

Upon consideration of [5] plaintiff's unopposed motion to unseal this case, to maintain under seal the unredacted complaint, and to temporarily file a redacted version of the complaint on the public docket, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the Clerk of Court shall unseal this action, including [4] plaintiff's redacted complaint; it is further

**ORDERED** that the Clerk of Court shall maintain under seal [1] plaintiff's unredacted complaint; it is further

**ORDERED** that, unless otherwise ordered by this Court, the Clerk of Court shall unseal and file on the public docket [1] plaintiff's unredacted complaint at 4:00 p.m. on April 29, 2019; and it is further

**ORDERED** that all future activity and submissions in this matter shall be filed on the public docket.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: April 24, 2019