## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC  20580<br><br>                        Plaintiff,<br><br>              v.<br><br>**SURESCRIPTS, LLC**<br>2800 Crystal Drive<br>Arlington, VA  22202,<br><br>                        Defendant. | Case No.: 1:19-cv-01080<br><br>Judge John D. Bates |

### DECLARATION OF ALFRED C. PFEIFFER, JR.

Alfred C. Pfeiffer, Jr., being duly sworn and pursuant to 28 U.S.C. § 1746 states and declares that:

1.  I am a partner at Latham & Watkins LLP in San Francisco, CA.  My contact information is:

> Alfred C. Pfeiffer, Jr.
> LATHAM & WATKINS LLP
> 505 Montgomery Street, Suite 2000
> San Francisco, CA  94111-6538
> Telephone:  (415) 391-0600
> Email:  Al.Pfeiffer@lw.com

2.  I am a member in good standing, admitted to practice law in the following court and bars:

| **Court** | **Admittance Date** |
|---|---|
| State of California | 12/10/1985 |
| USDC: Northern District of California | 12/17/1985 |
| USDC: Eastern District of California | 12/01/1986 |
| USDC: Central District of California | 01/12/1996 |
| USDC: Southern District of California | 06/13/2011 |
| U.S. Court of Appeals for the Eight Circuit | 06/08/2011 |
| U.S. Court of Appeals for the Ninth Circuit | 07/31/1987 |
| U.S. Court of Appeals for the Federal Circuit | 10/06/2008 |
| U.S. Supreme Court | 11/26/1990 |

3. I certify that I have not been suspended, disbarred, or disciplined by any state, court or bar.

4. I am currently in good standing with all states, courts, and bars in which I am admitted.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I am not a member of the D.C. bar nor do I have an application for membership pending.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed this 24th day of April, 2019, in San Francisco, California.

_____
Alfred C. Pfeiffer, Jr.

2