**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**SURESCRIPTS, LLC,**<br><br>Defendant. | Case No.: 19-cv-1080 (JDB) |

**Joint Motion to Extend the Date that the Clerk of Court Shall Unseal and File on the Public Docket Plaintiff's Unredacted Complaint**

Plaintiff Federal Trade Commission ("FTC"), Defendant Surescripts, LLC ("Surescripts"), Allscripts Healthcare Solutions, eRx Network (f/k/a Emdeon), Change Healthcare, and RelayHealth Pharmacy respectfully submit this joint motion to extend the date that the Clerk of Court shall unseal and file on the public docket the FTC's unredacted complaint (Dkt. No. 1).

On April 19, 2019, the FTC filed an unopposed motion to unseal the case (Dkt. No. 5), to maintain the FTC's unredacted complaint temporarily under seal for 10 calendar days (Dkt. No. 1), and to direct the Clerk of Court to place on the public docket the FTC's partially redacted complaint (Dkt. No. 4).

On April 24, 2019, the Court issued an order granting the FTC's unopposed motion. Dkt. No. 6. In doing so, the Court ordered the Clerk of Court to unseal this action, including the FTC's partially redacted complaint; to maintain under seal the FTC's unredacted complaint; and,

unless otherwise ordered by the Court, to unseal and file on the public docket the FTC's unredacted complaint at 4:00 p.m. on April 29, 2019.

The FTC, Surescripts, Allscripts Healthcare Solutions, Inc., eRx Network LLC (f/k/a Emdeon), Change Healthcare, and RelayHealth Pharmacy, Inc. respectfully request that this Court extend the date that the Clerk of Court shall unseal and file on the public docket the FTC's unredacted complaint to 4:00 p.m. on Friday, May 3, 2019. The FTC has been meeting and conferring with Surescripts and the above-referenced third parties, all of which provided confidential information to the FTC during its pre-complaint investigation, about what information in the FTC's unredacted complaint should be kept under seal. These discussions have been productive. With this short extension, the parties hope to reach as much consensus as possible to minimize the need for additional motions practice and reduce issues in dispute before this Court.

The FTC and Surescripts therefore respectfully request that the Court direct the Clerk of Court's Office to maintain under seal the FTC's unredacted complaint and, unless otherwise ordered by the Court, to unseal and file on the public docket the FTC's unredacted complaint at 4:00 p.m. on Friday, May 3, 2019.

Pursuant to Local Rule 7(m), the FTC has conferred with Surescripts on this motion.

Dated: April 26, 2019                          Respectfully submitted,

/s/ *Markus H. Meier*
Markus H. Meier (D.C. Bar 459715)
David B. Schwartz
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: 202-326-3759
*Counsel for Plaintiff Federal Trade Commission*

/s/ *Amanda P. Reeves (with permission)*
Amanda P. Reeves (D.C. Bar 496338)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Tel: 202-637-2183
*Counsel for Defendant Surescripts, LLC*

/s/ *Joel R. Grosberg (with permission)*
Joel R. Grosberg (D.C. Bar 460125)
McDermott Will & Emery LLP
500 North Capitol Street, NW
Washington, DC 20001
Tel: 202-756-8207
*Counsel for Allscripts Healthcare Solutions, Inc.*

/s/ *Joseph G. Krauss (with permission)*
Joseph G. Krauss (D.C. Bar 459124)
Hogan Lovells LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20005
Tel: 202-637-5832
*Counsel for Change Healthcare and eRx Network (f/k/a Emdeon)*

*/s/ Daniel S. Bitton (with permission)*
Daniel S. Bitton (Pro hac vice admission pending)
Axinn, Veltrop & Harkrider LLP
560 Mission Street
San Francisco, CA 94105
Tel: 415-490-1486
*Counsel for RelayHealth Pharmacy, Inc.*

*/s/ Richard Dagen (with permission)*
Richard Dagen (D.C. Bar 38115)
Axinn, Veltrop & Harkrider LLP
950 F Street, NW
Washington, DC 20004
Tel: 202-721-5418
*Counsel for RelayHealth Pharmacy, Inc*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2019, I have served all counsel by electronic mail with a true and accurate copy of this **Joint Motion to Extend the Date** t**hat the Clerk of Court Shall Unseal and File on the Public Docket Plaintiff's Unredacted Complaint** and Proposed Order.

Dated: April 26, 2019

/s/ *David B. Schwartz*
David B. Schwartz
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: 202-326-3748
*Counsel for Plaintiff Federal Trade Commission*