**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SURESCRIPTS, LLC,**<br><br>**Defendant.** | **Case No.: 19-cv-1080 (JDB)** |

**Stipulation Concerning Sealing Portions of the Complaint**

Plaintiff Federal Trade Commission ("FTC"), Defendant Surescripts, LLC ("Surescripts"), and nonparties Allscripts Healthcare Solutions, Inc. ("Allscripts Healthcare Solutions"), eRx Network, LLC ("eRx Network"), Change Healthcare, LLC ("Change Healthcare"), and RelayHealth Pharmacy, Inc. ("RelayHealth Pharmacy"), (all together, "the Interested Parties") hereby stipulate as follows:

1. On April 17, 2019, the FTC filed this action.

2. Pursuant to the FTC's statutory obligations, the FTC filed a public version of the Complaint (Dkt. No. 4) that redacted certain information obtained from Surescripts and nonparties during a nonpublic investigation into the conduct at issue in this case. *See* 16 C.F.R. § 4.10(g) (requiring the FTC to afford parties an "opportunity to seek an appropriate protective order or in camera review" before the FTC publicly discloses in a court proceeding information designated by the producing party as confidential during the course of an investigation). The FTC also filed an unredacted Sealed Complaint (Dkt. No. 1) and an Ex Parte Motion to File the Complaint Temporarily Under Seal (Dkt. No. 2).

3. The Court granted the FTC's motion and placed the case under seal. Dkt. No. 3.

4. On April 19, 2019, the FTC filed an unopposed motion to unseal the case. Dkt. No 5. The Court granted that motion on April 24, 2019, ordering the Clerk of Court to unseal this action, including the FTC's partially redacted Complaint; to maintain under seal the FTC's unredacted Complaint; and, unless otherwise ordered by the Court, to unseal and file on the public docket the FTC's unredacted Complaint at 4:00 p.m. on April 29, 2019. Dkt. No. 6.

5. On April 26, 2019, the Interested Parties submitted a Joint Motion for Extension of Time to Unseal the FTC's Unredacted Complaint to May 3, 2019, at 4:00 p.m. Dkt. No. 23. The Court granted this motion on April 29, 2019.

6. The Interested Parties have met and conferred concerning which portions of the Complaint they would ask this Court to keep under seal.

7. Surescripts, Allscripts Healthcare Solutions, eRx Network, Change Healthcare, and RelayHealth Pharmacy maintain that the Complaint contains certain confidential commercial and financial information that properly may be redacted from the public version of the Complaint. *See United States v. Anthem, Inc.*, Case No. 16-cv-01493, 2017 WL 8893757 (D.D.C. Jan. 18, 2017) (granting motions to seal competitively sensitive business information, including pricing, customer information, and contract terms).

8. The FTC and Surescripts have prepared a redacted version of the Complaint (attached as Exhibit A) that implements the redactions to which they have agreed

or do not oppose. The redactions pertain to nonpublic information about business strategy and proprietary pricing information.[1]

9. Exhibit A contains two redactions in paragraph 189 of information that was not previously under seal. Based on the FTC's meet and confers with counsel for eRx Network and Change Healthcare, the FTC does not oppose this request to put this information under seal.[2]

WHEREFORE, the Interested Parties stipulate that the redacted Complaint attached hereto as Exhibit A should be filed as the public version of the Complaint, and they respectfully request that the Court order that the unredacted version of the Complaint (Dkt. No. 1) remain sealed.

Dated: May 3, 2019                              Respectfully submitted,

                                                */s/ David B. Schwartz*
                                                David B. Schwartz
                                                Markus H. Meier (D.C. Bar 459715)
                                                Federal Trade Commission
                                                600 Pennsylvania Avenue, NW
                                                Washington, DC 20580
                                                Tel: 202-326-3748
                                                *Counsel for Plaintiff Federal Trade
                                                Commission*

---

[1] Should the Court require additional support for the position that certain of the redacted text pertaining to Surescripts, Allscripts Healthcare Solutions, eRx Network, Change Healthcare, or RelayHealth Pharmacy is confidential financial and commercial information, they are prepared to file declarations in support of this Stipulation.
[2] Should the Court require additional explanation from eRx Network and Change Healthcare for why these two redactions should be placed under seal, eRx Network and Change Healthcare are prepared to file a motion and/or declaration to support this request.

*/s/ Amanda Reeves (with permission)*
Amanda Reeves (D.C. Bar 496338)
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
Tel: 202-637-2183
*Counsel for Defendant Surescripts, LLC*

Alfred C. Pfeiffer, Jr. (Pro hac vice)
Alexander E. Reicher (Pro hac vice)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Tel:  415-391-0600
*Counsel for Defendant Surescripts, LLC*

*/s/ Joel R. Grosberg (with permission)*
Joel R. Grosberg (D.C. Bar 460125)
McDermott Will & Emery LLP
500 North Capitol Street, NW
Washington, DC 20001
Tel: 202-756-8207
*Counsel for Allscripts Healthcare Solutions,
Inc.*

*/s/ Joseph G. Krauss (with permission)*
Joseph G. Krauss (D.C. Bar 459124)
Hogan Lovells LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20005
Tel: 202-637-5832
*Counsel for Change Healthcare and eRx
Network (f/k/a Emdeon)*

*/s/ Daniel S. Bitton (with permission)*
Daniel S. Bitton (Pro hac vice)
Axinn, Veltrop & Harkrider LLP
560 Mission Street
San Francisco, CA 94105
Tel: 415-490-1486
*Counsel for RelayHealth Pharmacy, Inc.*

*/s/ Richard Dagen (with permission)*
Richard Dagen (D.C. Bar 38115)
Axinn, Veltrop & Harkrider LLP
950 F Street, NW
Washington, DC 20004
Tel: 202-721-5418
*Counsel for RelayHealth Pharmacy, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 3, 2019, I caused the foregoing Stipulation

Concerning Sealing of Complaint to be filed with the United States District Court for the

District of Columbia using the ECF system. The document is available for downloading and

viewing. I certify that I also caused this filing to be served on all counsel of record via electronic

mail.


Dated: May 3, 2019                     /s/ David B. Schwartz
                                       David B. Schwartz
                                       Markus H. Meier (D.C. Bar 459715)
                                       Federal Trade Commission
                                       600 Pennsylvania Avenue, NW
                                       Washington, DC 20580
                                       dschwartz1@ftc.gov
                                       *Counsel for Plaintiff Federal Trade*
                                       *Commission*