# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br><br>Plaintiff,<br><br>v.<br><br>**SURESCRIPTS, LLC**<br><br>Defendant. | Case No.: 1:19-cv-01080 |

**CERTIFICATE REQUIRED BY LCVR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendant Surescripts, LLC ("Surescripts"), certify that to the best of my knowledge and belief, two companies that each own more than 10% of Surescripts stock are wholly owned subsidiaries of companies with outstanding securities in the hands of the public. Those publicly traded companies are CVS Health Corporation and Cigna Corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Dated:  July 12, 2019

Respectfully Submitted,

*/s/ Amanda P. Reeves*
Amanda P. Reeves (D.C. Bar 496338)
Allyson M. Maltas (D.C. Bar 494566)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
Telephone:  (202) 637-2183
Facsimile:  (202) 637-2201

Email: amanda.reeves@lw.com
Email: allyson.maltas@lw.com

Alfred C. Pfeiffer, Jr. (*appearing pro hac vice*)
Alexander E. Reicher (*appearing pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
Email: al.pfeiffer@lw.com
Email: alexander.reicher@lw.com

*Attorneys for Defendant Surescripts, LLC*