# EXHIBIT 6

REDACTED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**SURESCRIPTS, LLC,**<br><br>Defendant. | Case No.: 19-cv-1080 (JDB) |

**DECLARATION OF PAUL L. UHRIG IN SUPPORT OF SURESCRIPTS, LLC'S MOTION TO DISMISS COMPLAINT**

I, Paul L. Uhrig, declare as follows:

1. I am at least 21 years of age, have personal knowledge of the matters set forth in this declaration, and can and would testify competently thereto. I make this declaration in support of Surescripts, LLC's ("Surescripts") motion to dismiss filed concurrently herewith.

2. I am the Chief Administrative, Legal & Privacy Officer of Surescripts.

3. On or around October 6, 2015, Surescripts received a Civil Investigative Demand ("CID") from the Federal Trade Commission ("FTC") issued pursuant to a resolution dated ███████████ authorizing the use of compulsory process in a non-public investigation into ████████████████████████████████████████████████ ████

4. In the CID, the FTC demanded that Surescripts produce a broad range of documents and answers to a number of interrogatories.

5. In response, Surescripts produced over 375,000 pages of documents responsive to those requests.

6. The FTC subsequently conducted investigational hearings with seven (7) of Surescripts' employees or former employees and met with company officials on two separate occasions.

7. The FTC's investigation continued for approximately three and a half years until the FTC filed the Complaint in this case on April 17, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 11th day of July, 2019 in Arlington, Virginia.

_____
Paul L. Uhrig

2