**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **FEDERAL TRADE COMMISSION,** |
| **Plaintiff,** |
| **v.** |
| **SURESCRIPTS, LLC,** |
| **Defendant.** |

**Case No.: 19-cv-1080 (JDB)**

**[PROPOSED] ORDER GRANTING SURESCRIPTS, LLC'S**
**MOTION TO DISMISS COMPLAINT**

Upon consideration of Defendant Surescripts, LLC's Motion To Dismiss Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure (the "Motion"), it is hereby:

**ORDERED** that the Motion be, and hereby is, **GRANTED** in its entirety; and it is further

**ORDERED** that the Federal Trade Commission's Complaint for Injunctive and Other Equitable Relief (ECF No. 1) be, and hereby is, **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: _____ 2019

_____
Honorable John D. Bates
United States District Judge