UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION,**

   **Plaintiff,**

      **v.**

**SURESCRIPTS, LLC,**

   **Defendant.**

Civil Action No. 19-1080 (JDB)

### ORDER

Upon consideration of [32] defendant Surescripts, LLC's motion to dismiss, and the entire record herein, and for the reasons explained in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [32] defendant's motion to dismiss is **DENIED**; and it is further

**ORDERED** that the parties shall meet and confer, and shall thereafter submit to the Court, by not later than February 14, 2020, either joint or separate proposals as to how the case should proceed, along with proposed schedules for any discovery or summary judgment briefing. A status conference is hereby set for February 19, 2020, at 9:30 a.m. in Courtroom 30.

/s/
JOHN D. BATES
United States District Judge

Dated: January 17, 2020