CO-932
Rev. 4/96

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. **19-cv-1080** (JDB)
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk=s records, one copy for the Judge to whom the cases is assigned and one copy  for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff , defendant or counsel must  complete the following:

I.      RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case:  [Check appropriate box(e=s) below.]

[ ]  (a)    relates to common property

[✓]  (b)    involves common issues of fact

[ ]  (c)    grows out of the same event or transaction

[ ]  (d)    involves the validity or infringement of the same patent

[ ]  (e)    is filed by the same pro se litigant

2.      RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case:  [ ]

3.      NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

Northern District of Illinois

4.      CAPTION AND CASE NUMBER OF RELATED CASE(E=S).  IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

In re Surescripts Antitrust Litigation         v.                                    C.A. No.   1:19-cv-06627

2/10/2020                          /s/ Amanda Reeves

DATE                               Signature of Plaintiff /Defendant (or counsel)

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2020, I caused to be served a true and correct copy of

the Notice of Related Cases on the following counsel via the Court's CM/ECF System:

Markus H. Meier
David B. Schwartz
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: 202-326-3759

*Counsel for Plaintiff Federal Trade Commission*

I further certify that on February 10, 2020, I caused to be served a true and correct copy

of the Notice of Related Cases on the following counsel via electronic mail and U.S. First Class

Mail:

Kenneth A. Wexler (Committee Chair)
Justin N. Boley
Wexler Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
T: (312) 346-2222

Tyler W. Hudson
Eric D. Barton
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Ste. 300
Kansas City, MO 64112
T: (816) 701-1100

Daniel E. Gustafson
Michelle J. Looby
Gustafson Gluek PLLC
120 South Sixth Street, Ste. 2600
Minneapolis, MN 55402
T: (612) 333-8844

Robert N. Kaplan
Elana Katcher
Kaplan Fox & Kilsheimer LLP
850 Third Ave., 14th Floor

New York, NY 10022
T: (212) 687-1980

W. Joseph Bruckner
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900

Jeffrey L. Kodroff
Spector, Roseman & Kodroff P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
T: (215) 496-0300

*Lead Counsel for Class Plaintiffs in In re Surescripts Antitrust Litig.,* Civil Action No.
1:19-cv-06627.

I certify that on February 10, 2020, I caused to be served the following counsel with a

true and correct copy of the Notice of Related Cases via electronic mail:

Rachel J. Adcox
Jeny M. Maier
AXINN, VELTROP & HARKRIDER LLP
950 F Street, NW
Washington, DC 20004
Telephone: (202) 912-4700
Fax: (202) 912-4701
radcox@axinn.com
jmaier@axinn.com

Daniel S. Bitton (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
560 Mission Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Fax: (415) 490-2001
dbitton@axinn.com

*Counsel for Defendant RelayHealth*

Joel Grosberg (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, NW

Washington, DC 20001-1531
Telephone: (202) 756-8207
Fax: (202) 591-2885
jgrosberg@mwe.com

Katharine M. O'Connor
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606
Telephone: (312) 984-3627
koconnor@mwe.com

*Counsel for Defendant Allscripts Healthcare Solutions, Inc.*

Pursuant to Local Rule 40.5(b)(3), I certify that I caused a courtesy copy of the Notice of

Related Cases to be delivered to Hon. John J. Tharp, Jr.

Dated: February 10, 2020                    */s/ Amanda Reeves*
                                            Amanda Reeves (D.C. Bar 496338)
                                            Latham & Watkins LLP
                                            555 Eleventh Street, NW
                                            Suite 1000
                                            Washington, DC 20004-1304
                                            Tel: 202-637-2183