UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580<br><br>**Plaintiff,**<br><br>v.<br><br>**SURESCRIPTS, LLC**<br>2550 South Clark Street<br>Arlington, VA 22202<br><br>**Defendant.** | Case No. 19-cv-1080 (JDB) |

**JOINT MOTION TO ENTER PROTECTIVE ORDER**

Pursuant to the Court's February 28, 2020 scheduling order (ECF No. 54), Plaintiff Federal Trade Commission and Defendant Surescripts, LLC respectfully submit this joint motion to enter the parties' proposed protective order, a copy of which is attached herein.

Dated: March 4, 2020

Respectfully submitted,

 /s/ Markus H. Meier
Markus H. Meier (D.C. Bar 459715)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: 202-326-3759
mmeier@ftc.gov
*Counsel for Plaintiff Federal Trade Commission*

 /s/ Amanda P. Reeves
Amanda P. Reeves (D.C. Bar 496338)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Tel: 202-637-2183
amanda.reeves@lw.com
*Counsel for Defendant Surescripts, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2020, I served a true and correct copy of the foregoing document and exhibits on all counsel of record via the Court's CM/ECF system.

Dated: March 4, 2020

/s/ *Markus H. Meier*
Markus H. Meier (D.C. Bar 459715)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: 202-326-3759
mmeier@ftc.gov
*Counsel for Plaintiff Federal Trade Commission*