**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **FEDERAL TRADE COMMISSION,** |
| **Plaintiff,** |
| **v.** |
| **SURESCRIPTS, LLC,** |
| **Defendant.** |

**Case No.: 19-cv-1080 (JDB)**

### SURESCRIPTS' MOTION TO AMEND THE COURT'S ORDER DENYING SURESCRIPTS' MOTION TO DISMISS IN ORDER TO CERTIFY IT FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)

Defendant Surescripts, LLC ("Surescripts") hereby moves this Court to amend its order denying Surescripts' Motion to Dismiss (ECF No. 44) in order to certify two aspects of the Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b): (1) whether the language and structure of Section 13(b) of the FTC Act preclude the FTC's lawsuit, and (2) whether Supreme Court precedent forecloses the FTC's argument that Surescripts' low, but not "predatory," pricing is anticompetitive.  As set forth more fully in the accompanying memorandum of law, the grounds for this motion are as follows:

1.      The question of the proper interpretation of Section 13(b) of the FTC Act merits interlocutory review because it is a controlling question of law as to which there is substantial ground for difference of opinion and an immediate appeal from the Court's ruling on this issue may materially advance the ultimate termination of the ligation.

2.      The question of whether non-predatory low pricing is anticompetitive merits interlocutory review because it is a controlling question of law as to which there is substantial

ground for difference of opinion and an immediate appeal from the Court's ruling on this issue may materially advance the ultimate termination of the ligation.

For this motion, the meet and confer process contemplated by LCvR 7(m) was accomplished during the hearing on February 27, 2020.  During that hearing, Surescripts informed counsel for the FTC and the Court of its intention to file this motion.  Counsel for the FTC confirmed that the FTC would not agree to the relief requested in this motion, and the Court gave permission for Surescripts to file it and set a briefing schedule.  Feb. 27, 2020 Hr'g Tr. 30:8–32:18.

Dated: March 6, 2020                          Respectfully submitted,

                                                          */s/ Amanda P. Reeves*
                                                          Amanda Reeves (D.C. Bar 496338)
                                                          Allyson M. Maltas (D.C. Bar 494566)
                                                          Latham & Watkins LLP
                                                          555 Eleventh Street, NW, Suite 1000
                                                          Washington, DC  20004-1304
                                                          Telephone:  (202) 637-2183
                                                          Facsimile:  (202) 637-2201
                                                          Email: amanda.reeves@lw.com
                                                          Email: allyson.maltas@lw.com

                                                          Alfred C. Pfeiffer, Jr. (*appearing pro hac vice*)
                                                          Latham & Watkins LLP
                                                          505 Montgomery Street, Suite 2000
                                                          San Francisco, CA  94111-6538
                                                          Telephone:  (415) 391-0600
                                                          Facsimile:  (415) 395-8095
                                                          Email: al.pfeiffer@lw.com

                                                          *Attorneys for Defendant Surescripts, LLC*