UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**SURESCRIPTS, LLC,**<br><br>Defendant. | Case No.: 19-cv-1080 (JDB) |

**[PROPOSED] ORDER**

Upon consideration of Defendant Surescripts, LLC's Motion To Amend The Court's Order Denying Surescripts' Motion To Dismiss In Order To Certify It For Interlocutory Appeal Pursuant To 28 U.S.C. § 1292(b), it is hereby:

**ORDERED** that the motion is **GRANTED**.


Date: _____          _____
                                                            Hon. John D. Bates