# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

      v.

**SURESCRIPTS, LLC,**

    **Defendant.**

Civil Action No. 19-1080 (JDB)

## ORDER

Upon consideration of [56] defendant Surescripts, LLC's motion to amend the Court's order denying Surescripts's motion to dismiss in order to certify it for interlocutory appeal, and the entire record herein, and for the reasons explained in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [56] defendant's motion to amend is **DENIED**.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: May 21, 2020