# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>            Plaintiff,<br><br>v.<br><br>SURESCRIPTS, LLC,<br>            Defendant. | CIVIL ACTION<br><br>No. 1:19-cv-01080 |

## Joint Proposed Agenda for
## June 26, 2020 Status Conference

The parties jointly submit this proposed agenda for the status conference on June 26, 2020 at 2:00 pm ET.

1. Discovery update

2. Schedule next status conference

    a. Subject to the Court's availability, the parties request a status conference the week of September 14, 2020 or earlier.

Respectfully submitted this 25th day of June, 2020.

  /s/ *David B. Schwartz*  
David B. Schwartz  
Markus H. Meier (D.C. Bar 459715)  
Federal Trade Commission  
600 Pennsylvania Avenue, NW  
Washington, DC 20580  
Telephone: (202) 326-3748  
Facsimile: (202) 326-3384  
dschwartz1@ftc.gov  

*Counsel for Plaintiff Federal Trade Commission*

      /s/*Amanda P. Reeves*  
Amanda P. Reeves (D.C. Bar 496338)  
Allyson M. Maltas (D.C. Bar 494566)  
LATHAM & WATKINS LLP  
555 Eleventh Street, NW, Suite 1000  
Washington, DC 20004-1304  
Telephone: (202) 637-2183  
Facsimile: (202) 637-2201  
Email: amanda.reeves@lw.com  
Email: allyson.maltas@lw.com  

*Counsel for Defendant Surescripts*