IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>              Plaintiff,<br><br>v.<br><br>SURESCRIPTS, LLC,<br>              Defendant. | CIVIL ACTION<br><br>No. 1:19-cv-01080 |

**Joint Proposed Agenda for
September 17, 2020 Status Conference**

The parties jointly submit this proposed agenda for the status conference on September 17, 2020 at 2:00 pm ET.

1. Discovery update

2. Proposed stipulated order governing remote depositions

3. Schedule next status conference

    a. Subject to the Court's availability, the parties request a status conference the week of November 16, 2020 or earlier.

Respectfully submitted this 16th day of September, 2020.

  /s/ *Markus H. Meier*
Markus H. Meier (D.C. Bar 459715)
Tanya O'Neil (D.C. Bar 1021933)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3759
Facsimile: (202) 326-3384
Email: mmeier@ftc.gov
Email: toneil@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

        /s/ *Amanda P. Reeves*
Amanda P. Reeves (D.C. Bar 496338)
Allyson M. Maltas (D.C. Bar 494566)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2183
Facsimile: (202) 637-2201
Email: amanda.reeves@lw.com
Email: allyson.maltas@lw.com

*Counsel for Defendant Surescripts*