**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 1:19-cv-01080 (JDB) |
| SURESCRIPTS, LLC, | |
| Defendant. | |

**FIRST AMENDED SCHEDULING ORDER**

Upon consideration of [78] the parties' Joint Motion for the Extension of Case Deadlines, and the entire record herein, it is hereby

**ORDERED** that [78] the parties' Joint Motion for the Extension of Case Deadlines is **GRANTED**, and it is further

**ORDERED** that the case schedule in Paragraph 8 of [54] the February 28, 2020 Scheduling Order is **AMENDED** as follows:

| Event | Original Date | New Date |
|---|---|---|
| Substantial Completion of Document Production | 11/23/2020 | 11/23/2020 |
| Close of Fact Discovery | 1/20/2021 | 4/16/2021 |
| Plaintiff Serves Initial Expert Report(s) | 3/22/2021 | 6/18/2021 |
| Defendant Serves Expert Report(s) | 5/21/2021 | 8/27/2021 |
| Plaintiff Serves Rebuttal Expert Report(s) | 6/21/2021 | 9/24/2021 |
| Close of Expert Discovery | 8/20/2021 | 11/19/2021 |
| Summary Judgment Motions Filed | 10/22/2021 | 1/21/2022 |
| Oppositions to Summary Judgment Motions Filed | 11/22/2021 | 2/21/2022 |
| Replies in Support of Summary Judgment Filed | 12/13/2021 | 3/14/2022 |
| Submission of Proposed Pretrial Order | 45 Days After the Court's Order Resolving Motions for Summary Judgment | 45 Days After the Court's Order Resolving Motions for Summary Judgment |

**SO ORDERED.**

_____/s/_____
JOHN D. BATES
United States District Judge

Dated:  November 12, 2020

## <u>ATTORNEYS TO BE NOTIFIED</u>

**<u>Plaintiff</u>**                                                  Markus H. Meier (D.C. Bar 459715)
David B. Schwartz
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: 202-326-3759
mmeier@ftc.gov

**<u>Defendant</u>**                                                  Amanda P. Reeves (D.C. Bar 496338)
Allyson M. Maltas (D.C. Bar 494566)
Latham & Watkins LLP
555 11th Street, NW, Suite 1000
Washington, DC 20004
Tel: 202-637-2200
amanda.reeves@lw.com

Alfred C. Pfeiffer, Jr. (*Pro Hac Vice*)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: 415-391-0600
al.pfeiffer@lw.com