IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>            Plaintiff,<br><br>v.<br><br>SURESCRIPTS, LLC,<br>            Defendant. | CIVIL ACTION<br><br>No. 1:19-cv-01080 |

**Joint Proposed Agenda for**
**January 25, 2021 Status Conference**

The parties jointly submit this proposed agenda for the status conference on January 25, 2021 at 11:30 am ET.

1. Discovery update

2. Schedule next status conference

   a. Subject to the Court's availability, the parties request a status conference the week of March 22, 2021.

Respectfully submitted this 25th day of January, 2021.

| | |
|---|---|
| _____/s/ David B. Schwartz___<br>Markus H. Meier (D.C. Bar 459715)<br>David B. Schwartz<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>Telephone: (202) 326-3748<br>Facsimile: (202) 326-3384<br>Email: mmeier@ftc.gov<br>Email: dschwartz1@ftc.gov<br><br>*Counsel for Plaintiff Federal Trade Commission* | _____/s/ Amanda P. Reeves_____<br>Amanda P. Reeves (D.C. Bar 496338)<br>Allyson M. Maltas (D.C. Bar 494566)<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004-1304<br>Telephone: (202) 637-2183<br>Facsimile: (202) 637-2201<br>Email: amanda.reeves@lw.com<br>Email: allyson.maltas@lw.com<br><br>*Counsel for Defendant Surescripts* |