## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 1:19-cv-01080 (JDB) |
| SURESCRIPTS, LLC, | |
| Defendant. | |

### SECOND AMENDED SCHEDULING ORDER

Upon consideration of [88] the parties' Joint Motion for the Extension of Case Deadlines, and the entire record herein, it is hereby

**ORDERED** that [88] the parties' Joint Motion for the Extension of Case Deadlines is **GRANTED**, and it is further

**ORDERED** that the case schedule on Page 2 of [79] the November 12, 2020 First Amended Scheduling Order is **AMENDED** as follows:

| Event | First Amended Scheduling Order Date | New Date |
|---|---|---|
| Close of Fact Discovery | 4/16/2021 | 4/30/2021 |
| Plaintiff Serves Initial Expert Report(s) | 6/18/2021 | 7/30/2021 |
| Defendant Serves Expert Report(s) | 8/27/2021 | 10/29/2021 |
| Plaintiff Serves Rebuttal Expert Report(s) | 9/24/2021 | 12/3/2021 |
| Close of Expert Discovery | 11/19/2021 | 1/24/2022 |
| Summary Judgment Motions Filed | 1/21/2022 | 3/28/2022 |
| Oppositions to Summary Judgment Motions Filed | 2/21/2022 | 4/25/2022 |
| Replies in Support of Summary Judgment Filed | 3/14/2022 | 5/16/2022 |
| Submission of Proposed Pretrial Order | 45 Days After the Court's Order Resolving Motions for Summary Judgment | 45 Days After the Court's Order Resolving Motions for Summary Judgment |

**SO ORDERED.**

/s/

JOHN D. BATES
United States District Judge

Dated: <u>April 13, 2021</u>

<u>ATTORNEYS TO BE NOTIFIED</u>

<u>Plaintiff</u>

Markus H. Meier (D.C. Bar 459715)
David B. Schwartz
Federal Trade  Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: 202-326-3759
mmeier@ftc.gov

<u>Defendant</u>

Amanda P. Reeves (D.C. Bar 496338)
Allyson M. Maltas (D.C. Bar 494566)
Latham & Watkins LLP
555 11th Street, NW, Suite 1000
Washington, DC 20004
Tel: 202-637-2200
amanda.reeves@lw.com

Alfred C. Pfeiffer, Jr. (*Pro Hac Vice*)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: 415-391-0600
al.pfeiffer@lw.com