UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**SURESCRIPTS, LLC,**<br><br>Defendant. | Case No.: 19-cv-1080 (JDB) |

## STIPULATION AND [PROPOSED] ORDER REGARDING REQUEST FOR EQUITABLE MONETARY RELIEF

WHEREAS on April 17, 2019, Plaintiff Federal Trade Commission ("FTC") filed a Complaint against Defendant Surescripts, LLC ("Surescripts"). ECF 1.

WHEREAS, the FTC's Complaint included a prayer for "equitable monetary relief" as allegedly provided for by Section 13(b) of the FTC Act, 15 U.S.C. § 53(b).

WHEREAS, on April 22, 2021, the Supreme Court of the United States issued its opinion in *AMG Capital Management, LLC v. FTC*, unanimously holding that Section 13(b) of the FTC Act "does not authorize the Commission directly to obtain court-ordered monetary relief." *AMG Cap. Mgmt., LLC v. FTC*, ___ U.S. ___, 141 S. Ct. 1341, 1347 (2021).

WHEREAS, the FTC and Surescripts have reached an agreement regarding the FTC's prior request for equitable monetary relief under Section 13(b) of the FTC Act in the Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

1. The FTC cannot seek, and this Court cannot order, equitable monetary relief from Surescripts under the current language of Section 13(b) of the FTC Act.

2. The FTC withdraws its request for equitable monetary relief under Section 13(b) of the FTC Act.

3. The Court will strike the FTC's request for "equitable monetary relief" included in paragraph 3 of the FTC's Prayer for Relief in its Complaint without prejudice to the FTC's ability to seek leave to reinstate such request should Congress subsequently authorize the FTC to seek equitable monetary relief under Section 13(b) of the FTC Act or any other provision of law. ECF 1, at 54 at ¶ 3.

Dated: May 14, 2021

Respectfully submitted,

*/s/ David B. Schwartz*
David B. Schwartz
FEDERAL TRADE COMMISSION
Bureau of Competition
400 7th Street, SW
Washington, DC 20024
Telephone: (202) 326-3748
Email: dschwartz1@ftc.gov

*/s/ Amanda P. Reeves*
Amanda P. Reeves (D.C. Bar 496338)
Allyson M. Maltas (D.C. Bar 494566)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
Telephone:  (202) 637-2183
Facsimile:  (202) 637-2201

Email: amanda.reeves@lw.com
Email: allyson.maltas@lw.com

Alfred C. Pfeiffer, Jr. (*appearing pro hac vice*)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
Email:  al.pfeiffer@lw.com

Elyse Greenwald (*appearing pro hac vice*)
LATHAM & WATKINS LLP
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 880-4545
Email: elyse.greenwald@lw.com

*Attorneys for Defendant Surescripts, LLC*