# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>SURESCRIPTS, LLC,<br><br>    Defendant. | CIVIL ACTION<br><br>No. 1:19-cv-01080 (JDB) |

**JOINT MOTION FOR ADJOURNMENT OF STATUS CONFERENCE**

Plaintiff Federal Trade Commission ("FTC") and Defendant Surescripts, LLC ("Surescripts") respectfully request that the Court adjourn the status conference currently scheduled for August 3, 2021, at 2:45 pm ET, and to reschedule the status conference for August 17, 2021, or at another date and time that is convenient for the Court. The FTC and Surescripts would like more time before reporting back to the Court on the status of settlement discussions.

Therefore, the FTC and Surescripts respectfully request the Court adjourn the status conference currently scheduled for August 3, 2021, at 2:45 pm ET, and reschedule it in approximately two weeks' time. Subject to the Court's availability, the parties propose having the status conference on Tuesday, August 17, 2021, sometime in the afternoon (Eastern). The parties are available to discuss other dates and/or times if the Court desires.

Respectfully submitted this 2nd day of August, 2021.

| /s/ David B. Schwartz | /s/ Amanda P. Reeves |
|---|---|
| David B. Schwartz | Amanda P. Reeves (D.C. Bar 496338) |
| Federal Trade Commission | Allyson M. Maltas (D.C. Bar 494566) |
| 600 Pennsylvania Avenue, NW | LATHAM & WATKINS LLP |
| Washington, DC 20580 | 555 Eleventh Street, NW, Suite 1000 |
| Telephone: (202) 326-3748 | Washington, DC 20004-1304 |
| Facsimile: (202) 326-3384 | Telephone: (202) 637-2183 |
| dschwartz1@ftc.gov | Facsimile: (202) 637-2201 |
| | Email: amanda.reeves@lw.com |
| | Email: allyson.maltas@lw.com |
| *Counsel for Plaintiff Federal Trade Commission* | *Counsel for Defendant Surescripts* |