**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>      **Plaintiff,**<br><br>      **v.**<br><br>**SURESCRIPTS, LLC,**<br><br>      **Defendant.** | **Case No.: 19-cv-1080 (JDB)** |

**Plaintiff Federal Trade Commission's**
**Motion for Partial Summary Judgment**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Federal Trade Commission

("FTC") respectfully moves the Court to grant summary judgment to the FTC on the issues of (1)

market definition; and (2) monopoly power. The accompanying memorandum, statement of

undisputed facts, and declaration with related exhibits set forth the grounds for this motion. A

proposed order is attached.

The FTC requests an oral hearing on this Motion.


Dated: March 28, 2022                    Respectfully submitted,

                                         */s/ Tanya O'Neil*
                                         Tanya O'Neil (D.C. Bar 1021933)
                                         Federal Trade Commission
                                         Bureau of Competition
                                         400 7th Street, SW
                                         Washington, DC 20024
                                         Telephone: (202) 326-2053
                                         Email: toneil@ftc.gov

                                         *Counsel for Plaintiff*
                                         *Federal Trade Commission*