# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | |
| **Plaintiff,** | **Case No.: 19-cv-1080 (JDB)** |
| **v.** | **REDACTED** |
| **SURESCRIPTS, LLC,** | |
| **Defendant.** | |

### Index of Exhibits to Plaintiff Federal Trade Commission's
### Motion for Partial Summary Judgment

| Exhibit | Description |
|---|---|
| 1 | Complaint filed by Federal Trade Commission against Surescripts, LLC. (ECF No. 1) (filed April 17, 2019) |
| 2 | Defendant Surescripts' Answer to the Complaint (ECF No. 48) (filed February 10, 2020) |
| 3 | Expert Report of Dr. Thomas R. McCarthy (October 29, 2021) |
| 4 | Expert Report of David S. Evans (July 30, 2021) |
| 5 | Expert Report of Julia Adler-Milstein (July 30, 2021) |
| 6 | ███████████████████████████████████ |
| 7 | ███████████████████████████████████ |
| 8 | ███████████████████████████████████ |
| 9 | Excerpts from the Deposition of Dr. Thomas R. McCarthy (taken January 27, 2022) |
| 10 | Excerpts from the Deposition of Julia Adler-Milstein (taken January 14, 2022) |
| 11 | ███████████████████████████████████ |

| Exhibit | Description |
|---|---|
| 12 | PX1171, Surescripts_02721182 – Surescripts_02721189<br><br>Joseph, Seth, et al., "E-Prescribing Adoption And Use Increased Substantially Following The Start Of A Federal Incentive Program," Health Affairs 32(7), 1221-27 |
| 13 | Excerpts from the Deposition of Seth Joseph (Surescripts) (taken February 10, 2021) |
| 14 | Max Sow (Health Affairs), "Federal Incentives Drove E-Prescribing Increase," available at https://www.healthaffairs.org/do/10.1377/forefront.20130 710.032980/full/ (July 10, 2013) |
| 15 | ███████████████████████████████████████ |
| 16 | Excerpts from the Investigational Hearing of Harry Totonis (Surescripts) (taken January 31, 2017) |
| 17 | Excerpts from the Deposition of Margaux Currie (Surescripts) (taken February 5, 2021) |
| 18 | Excerpts from the Investigational Hearing of Mary Martin (Surescripts) (taken January 26, 2017) |
| 19 | Excerpts from the Deposition of Harry Totonis (Surescripts) (taken April 1, 2021) |
| 20 | ███████████████████████████████████████ |
| 21 | PX1186, Surescripts_02721190 – Surescripts_02721196<br><br>Sow, Max, et al., "E-Prescribing is Becoming a Standard of Care," The American Journal of Pharmacy Benefits 7(4), 183-188 (2015) |
| 22 | Excerpts from the Deposition of Gregory Hansen (Surescripts) (taken February 17, 2021) |
| 23 | Excerpts from the Deposition of David Yakimischak (Surescripts) (taken January 6, 2021) |
| 24 | ███████████████████████████████████████ |
| 25 | ███████████████████████████████████████ |

| Exhibit | Description |
|---|---|
| 26 | ███████████████ ████████████████████████████████████████ |
| 27 | ████████████████████████████████████████ ███████ |
| 28 | ██████████████████ ████████████████████████████████████ ██████████ |
| 29 | ███████████████████████████████ |
| 30 | ██████████████████████████████████████ |
| 31 | ██████████████████████████████████ ██ |
| 32 | Surescripts, "How Patient Benefit Data Enhances E-Prescribing," available at https://surescripts.com/docs/default-source/intelligence-in-action/2021_surescripts_patient-benefit-data-enhances-e-prescribing.pdf |
| 33 | ███████████████████ ████████████████████████████████████ ██████████████ |
| 34 | PX090, Surescripts_00073416<br><br>Email from Scott Barclay to Rob Cronin dated August 24, 2009 re: Quick Question |
| 35 | ███████████████████ ███████████████████████████████████ ███████████ |
| 36 | ████████████████ ████████████████████████████████████ ████████████ |

| Exhibit | Description |
|---------|-------------|
| 37 | ████████████████████ |
| 38 | ████████████████████ |
| 39 | ████████████████████ |
| 40 | ████████████████████ |
| 41 | Surescripts_00064354 – Surescripts_00064355<br><br>Email from Scott Barclay to Harry Totonis dated July 18, 2009 re: Emdeon with Attached Presentation titled "Considering a response to Emdeon + eRxNetworks" |
| 42 | Surescripts_00077226 – Surescripts_00077232<br><br>Email from Margaux Thomas to Dan Peterson and Rajesh Manglani dated October 31, 2011 re: Welcome! with Attached Document titled "Surescripts Overview" |
| 43 | ████████████████████ |
| 44 | ████████████████████ |
| 45 | ████████████████████ |

| Exhibit | Description |
|---|---|
| 46 | ███████████████████████<br>███████████████████████ |
| 47 | ██████████████████████████████ |
| 48 | ██████████████████████████████ |
| 49 | ████████<br>███████████████████████<br>████ |
| 50 | ███████████████████████ |
| 51 | ███████████████████████ |
| 52 | ██████████████████████████ |
| 53 | ██<br>███████████████████<br>██████ |
| 54 | Surescripts, "Blueprint for E-Prescribing: A Detailed Plan of Action for Implementing E-Prescribing," available at https://surescripts.com/docs/default-source/PressRelease-Library/blueprintfore-prescribing.pdf |
| 55 | Surescripts, "Protecting patient privacy," available at https://surescripts.com/our-story/privacy |
| 56 | ███████████████████████████ |
| 57 | Excerpts from the Investigational Hearing of Russell "Rusty" Keith (Surescripts) (taken January 12, 2017) |
| 58 | ████████████████<br>███████████████████████████<br>██████ |