# Exhibit 10

```
 1                UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF COLUMBIA
 3                          --oOo--
 4     FEDERAL TRADE COMMISSION,
 5               Plaintiff,
 6     vs.                                Case No.
                                          1:19-cv-01080 (JDB)
 7     SURESCRIPTS, LLC,
 8               Defendant.
       _____/
 9
10
11
12
13
14
15              VIDEO-RECORDED DEPOSITION OF
16                JULIA ADLER-MILSTEIN, Ph.D.
17                    VERITEXT VIRTUAL
18                 FRIDAY, JANUARY 14, 2022
19
20
21
22
23     Reported by:
24     Anrae Wimberley, CSR No. 7778
25     Job No.  4982425
```

Page 1

| | | |
|---|---|---|
| 1 | implies that it's going from one place to another. | 10:28:28 |
| 2 | We're going to have to be more precise if I'm going | |
| 3 | to answer your question. | |
| 4 |     Q.   What is it that you're not understanding | |
| 5 | about the term "electronically"?  Is there some way | 10:28:38 |
| 6 | that we can break that down? | |
| 7 |     A.   Yeah.  So there are different ways that | |
| 8 | eligibility -- the eligibility transaction can be | |
| 9 | supported using an EHR.  So if you give me a | |
| 10 | specific way, I can tell you if that was allowed | 10:28:53 |
| 11 | under the program or not. | |
| 12 |     Q.   What are the different ways in which an | |
| 13 | eligibility transaction can be supported using an | |
| 14 | EHR? | |
| 15 |     A.   So one of the ways is to connect to a | 10:29:21 |
| 16 | network that stores that eligibility data.  Another | |
| 17 | way is that the EHR vendor can embed the eligibility | |
| 18 | information in the EHR itself, in the certified | |
| 19 | software.  So it's basically not going outside to | |
| 20 | find it.  It's basically not on a network to try to | 10:29:50 |
| 21 | find that information.  And so I think it's often | |
| 22 | referred to as hard coded in, like the eligibility | |
| 23 | information would be hard coded in. | |
| 24 |     So that transaction is happening within | |
| 25 | the EHR.  It is electronic, by my definition of | 10:30:05 |

Page 72

| | | |
|---|---|---|
| 1 | "electronic," and it is transmitted.  Again, that's | 10:30:08 |
| 2 | why that term is like not -- does that count as | |
| 3 | transmitted?  Like reasonable people I guess could | |
| 4 | argue about what "transmitted" means. | |
| 5 | So those are just two examples of options | 10:30:20 |
| 6 | for how the eligibility criteria could be fulfilled | |
| 7 | under meaningful use. | |
| 8 | Q.   Why don't we quickly take a look at | |
| 9 | paragraph 37.  Maybe that will help us clarify.  I | |
| 10 | feel like maybe we're talking past each other just a | 10:30:43 |
| 11 | little bit. | |
| 12 | A.   Okay. | |
| 13 | Q.   If you look about halfway down that | |
| 14 | paragraph, a little over halfway, you say, "While | |
| 15 | the final criteria were limited to formulary checks, | 10:31:05 |
| 16 | there were discussions during the development of the | |
| 17 | criteria to expand beyond formulary checks to | |
| 18 | eligibility checks." | |
| 19 | Do you see that? | |
| 20 | A.   I do. | 10:31:18 |
| 21 | Q.   And then in the last sentence in that | |
| 22 | paragraph, you say, "Ultimately, this did not occur | |
| 23 | in future stages of rule-making but was still | |
| 24 | recognized as part of what policymakers were | |
| 25 | considering"; right? | 10:31:30 |

1    I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4            That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
7    prior to testifying, were administered an oath; that
8    a record of the proceedings was made by me using
9    machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is
11   a true record of the testimony given.
12           Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript ( ) was (X) was not requested.
16           I further certify that I am neither
17   financially interested in the action nor a relative
18   or employee of any attorney of any party to this
19   action.
20           IN WITNESS WHEREOF, I have this date
21   subscribed my name.
22           Dated:   January 19, 2022
23
24           *[signature: Anrae Wimberley]*
25
         ANRAE WIMBERLEY, CSR No. 7778

Page 180