# Exhibit 13

Page 1

```
 1                S. JOSEPH

 2     IN THE UNITED STATES DISTRICT COURT

 3        FOR THE DISTRICT OF COLUMBIA

 4        Civil Action No. 1:19-cv-01080

 5

 6

 7  FEDERAL TRADE COMMISSION,

 8

 9                    Plaintiff,

10        V.

11

12  SURESCRIPTS, LLC,

13

14                    Defendant.

15

16  REMOTE VIDEOTAPED DEPOSITION OF SETH JOSEPH

17        Rhode Island, Massachusetts

18        Wednesday, February 10, 2021

19

20

21

22  Reported by:

23  Deborah Roth, RPR-CSR

24  Job No. 188650

25
```

Case 1:19-cv-01080-JDB   Document 116-9   Filed 05/18/22   Page 3 of 6

Page 216

```
 1                     S. JOSEPH
 2    the study.
 3        Q.   And did you write the published
 4    article?
 5        A.   I was the lead author of the
 6    published study entitled "E-prescribing
 7    adoption and use increased substantially
 8    following the start of a federal
 9    incentive program."
10        Q.   And is that the article behind you?
11        A.   I'm still very proud of it.
12        Q.   Great.  Did you do data analysis for
13    the article?
14        A.   My recollection is that I did the
15    majority of the data analysis, and the
16    majority of the writing -- the writing,
17    not all of the editing.
18        Q.   In general, what was the conclusion
19    of the article?
20        A.   It was stated pretty clearly in the
21    title, that the findings were that the
22    MIPPA e-prescribing incentive program
23    materially and favorably, positively
24    impacted the physician adoption and use
25    of e-prescribing during the first perhaps
```

Page 217

1             S. JOSEPH

2   18 months or 4 months of the program is

3   my recollection.

4     Q.  Do you still agree with all of the

5   findings from your article?

6     A.  I don't know if I agree with all of

7   the findings.  I believe that the article

8   was well researched, documented, cited,

9   the analysis was sound, and I continue to

10  stand behind the findings of the article.

11    Q.  Do you recall writing another

12  article in 2015 called "E-prescribing is

13  becoming a standard of care"?

14    A.  My recollection is that I was a

15  coauthor on that article.

16           MS. O'NEIL:  I would like to

17      introduce an exhibit marked PX 1186.

18      So, Alex, that's not 1171, but we are

19      skipping to 1186.

20           (Exhibit PX 1186 introduced.)

21           MS. O'NEIL:  For the record,

22      PX 1186 is Bates-stamped

23      Surescripts_02721190.  It appears to

24      be an article titled "E-prescribing is

25      becoming a standard of care, authored

1                S. JOSEPH

2    says "the results strongly suggest."  Do

3    you see that?

4        A.  I do.

5        Q.  And it reads "The results strongly

6    suggest that, once adopted, the use of

7    her systems to e-prescribe is 'sticky'

8    meaning that once prescribers enact the

9    requisite change management process to

10   adjust their clinical work flow, they are

11   likely to continue to use and increase

12   their use of e-prescribing."  Did I read

13   that correctly?

14       A.  You did.

15       Q.  Do you agree still with this

16   statement?

17       A.  To the best of my knowledge, yes.

18       Q.  And does this statement and your

19   study generally suggest that a prescriber

20   that was once using other means of

21   prescribing such as paper, fax, once they

22   start e-prescribing they are less likely

23   to go back to those other methods such as

24   paper and fax?

25       A.  Yes.

```
 1                    S. CHEN

 2     CERTIFICATE

 3     COMMONWEALTH OF MASSACHUSETTS )

 4     COUNTY OF SUFFOLK             )

 5       I, Deborah Roth, a Registered

 6     Professional Reporter and Notary Public

 7     duly commissioned and qualified in and for

 8     the Commonwealth of Massachusetts, do

 9     hereby certify:  That SETH JOSEPH, the

10     witness whose deposition is hereinbefore

11     set forth, was duly identified and sworn

12     by me, and that the foregoing transcript

13     is a true record of the testimony given by

14     such witness to the best of my ability.

15        I further certify that I am not related

16     to any of the parties in this matter by

17     blood or marriage, and that I am in no way

18     interested in the outcome of this matter.

19        IN WITNESS WHEREOF, I have hereunto set

20     my hand and affixed my notarial seal this

21     16th day of February 2021.

22     [signature: Deborah Roth]
       _____
23     Deborah Roth, CSR:  14700-S, RPR:  34250

24     My Commission Expires:  December 31, 2021

25
```