UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**SURESCRIPTS, LLC,**<br><br>Defendant. | Case No.: 19-cv-1080 (JDB) |

**[Proposed] Order Granting Plaintiff Federal Trade Commission's
Motion for Partial Summary Judgment**

**AND NOW**, this _____ day of _____, 2022, upon consideration of Plaintiff Federal Trade Commission's Motion for Partial Summary Judgment, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED** in its entirety.

It is so **ORDERED**.

BY THE COURT:

_____
Judge John D. Bates
United States District Judge