IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** | |
| Plaintiff, | Case No.: 1:19-cv-01080 |
| v. | |
| **SURESCRIPTS, LLC** | Judge John D. Bates |
| Defendant. | **REDACTED** |

## STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF SURESCRIPTS, LLC'S MOTION FOR SUMMARY JUDGMENT

**A.     Routing and Eligibility**

1.     Surescripts is a health information technology company that provides "routing" and "eligibility" network services. *See* Complaint for Injunctive and Other Equitable Relief ("Compl.") ¶ 1, ECF No. 1.

2.     Routing is the transmission of prescription and prescription-related information from a prescriber (including requests for refills) to a pharmacy. *See id.* ¶ 19.

3.     In many cases, prescribers contract with an electronic health record ("EHR") system to handle the transmission of the prescriptions and related information. *Id.* ¶¶ 1, 19.

4.     A pharmacy can use the services of a pharmacy technology vendor ("PTV"), which aggregates pharmacies and contracts with them to provide services, including software used to enable the receipt of routing transactions. *Id.* ¶ 49; Ex. 1, Keith (Surescripts) Dep. 21:2–7.

5.     Eligibility is the request for and the transmission of a patient's formulary and benefit information from a payer (usually the patient's pharmacy benefit manager ("PBM")) to a

prescriber's EHR prior to the patient's appointment. *See* Compl. ¶ 20, ECF No. 1; Ex. 2, Currie (Surescripts) Dep. 23:6–25:12.

6. In response to an eligibility request, the PBM provides information about which drugs are covered by the patient's drug benefit plan, the location of covered drugs on a patient's health insurance company's formulary, what copay (if any) a patient will have to pay to obtain a prescribed drug, and lower-cost alternatives, such as generic drugs. *See* Compl. ¶ 20, ECF No. 1; Ex. 2, Currie (Surescripts) Dep. 23:6–25:12.

7. EHRs use both routing and eligibility networks. In a routing network, EHRs provide prescription information from prescribers to pharmacies and receive return messages from pharmacies. In an eligibility network, EHRs request and receive the patient's formulary and benefit information from PBMs. Compl. ¶ 22, ECF No. 1.

8. Pharmacies (and PTVs) use a routing network by receiving prescription information sent by prescribers and their EHRs, and by transmitting return messages, such as refill requests, to a prescriber's EHR. *Id.* ¶¶ 19, 22; Ex. 3, Hansen (Surescripts) Dep. 19:2–7.

9. PBMs use an eligibility network by transmitting a patient's formulary and benefit information to a prescriber's EHR prior to the patient's appointment so that the prescriber has information about the patient's insurance plan and cost implications such as co-pays for the patient at the time of the appointment. Compl. ¶¶ 20, 22, ECF No. 1; Ex. 2, Currie (Surescripts) Dep. 23:6–25:12.

**B.   Surescripts' History and Early Investment in E-Prescribing**

10. In May 2008, present-day Surescripts was created by the merger of SureScripts Systems, Inc. ("Legacy SuresScripts") and RxHub LLC ("RxHub"). *See* Ex. 4, Surescripts, *CVS Caremark, Express Scripts, Medco Health Solutions Join with U.S. Chain and Independent Pharmacies to Accelerate Transition from Paper-Based to Paperless Prescribing* (July 1, 2008),

2

https://surescripts.com/news-center/press-releases/detail/retail-pharmacies; Compl. ¶ 40, EFC No. 1.

11.     RxHub was the first major eligibility network and was created in February 2001 by the three largest PBM players at the time, Caremark, ExpressScripts, and Medco. Compl. ¶ 41, ECF No. 1.

12.     Legacy SureScripts focused mainly on routing and was created also in 2001 by two trade organizations, National Community Pharmacists Association ("NCPA") and National Association of Chain Drug Stores ("NACDS"). *Id.* ¶ 42.

13.     From its inception, Surescripts has been a customer-owned firm, and is currently owned 17% by CVS Health ("CVS") (which has both pharmacy and PBM operations), 33% by ExpressScripts (a PBM), and 25% each by NCPA and NACDS (both pharmacy trade associations). Compl. ¶ 44, ECF No. 1.

14.     Prior to 2007, electronic routing was prohibited in many states and was rarely used. Ex. 6, Surescripts_01549710 (2007 National Progress Report), at -718 (noting that, in 2004, half of all U.S. states allowed e-prescribing, but that by August 2007, all U.S. states including Washington, D.C. allowed e-prescribing), -712 (fewer than 2% of U.S. prescriptions were electronic in 2007); Ex. 5, Totonis (Surescripts) Dep. 61:5–62:25.

15.     Surescripts invested considerable money amounting to more than $50.3 million (or $81.0 million pre-tax) through 2008 towards developing the technology and infrastructure for e-prescribing. *See* Ex. 8, Evans Dep. 88:1–9; Ex. 10, Adler-Milstein Rebuttal Rep. ¶ 6 (agreeing that Surescripts "contributed to the advancement of e-prescribing technology"); Ex. 11, McCarthy Rep. Ex. 19A.

16. Surescripts (and its predecessor companies) engaged in extensive lobbying efforts at the state and federal level, which was instrumental in bringing about the legalization of e-prescribing. *See, e.g.*, Ex. 12, Digital Health, *New alliance could be US e-prescribing's cup of tea* (Aug. 16, 2004), https://www.digitalhealth.net/2004/08/new-alliance-could-be-us-e-prescribings-cup-of-tea/; Ex. 13, Electronic Prescribing: Hearing Before the Subcommittee on Health (July 22, 2004) (Representatives from Legacy SureScripts and RxHub testified to Congress on the benefits of e-prescribing in 2004); Ex. 10, Adler-Milstein Rebuttal Rep. ¶ 6 (agreeing that Surescripts "contributed to the advancement of e-prescribing technology").

17. The number of electronic routing transactions have increased dramatically since 2007. *See* Ex. 11, McCarthy Rep. Ex. 10A:



*See also id.* at Ex. 10C–10D; Ex. 8, Evans Dep. 210:19–25 ("Q. You would agree that output in routing has expanded during the period of the alleged exclusionary contracts, wouldn't you? A. I do agree.").

4

18.     The number of electronic eligibility transactions have also increased dramatically since 2007. *See* Ex. 11, McCarthy Rep. Ex. 10B:



*See also* Ex. 8, Evans Dep. 210:19–211:12 ("Q. The volume of eligibility transactions has grown each and every year during that relevant time period, hasn't it? A. Yes. Q. The number of routing and eligibility transactions transacted has never declined, has it? A. It has not.").

      **C.**    **Surescripts' Pricing and Contracts with Its Customers**

19.     Routing and eligibility are fully cross-subsidized markets, meaning that Surescripts *pays* EHRs an incentive fee for each routing and eligibility transaction, and *charges* pharmacies and PBMs a fee for each routing and eligibility transaction respectively. Compl. ¶¶ 49, 51, ECF No. 1. The difference between the fee charged to pharmacies or PBMs and the payment made to EHRs constitutes Surescripts' net transaction price. *See* Ex. 14, Evans Rep. ¶ 67; Compl. ¶¶ 49, 51.

20.     In early 2010, Surescripts instituted a loyalty program for its customer groups for both routing and eligibility transactions. *See* Compl. ¶ 87; Ex. 15, Martin (Surescripts) Dep.,

5

PX52, at 3–12; Ex. 16, Uhrig (Surescripts) Dep., PX1115; Ex. 5 Totonis (Surescripts) Dep. 199:20–201:5.

21.     At the same time, Surescripts lowered the transaction prices that it charged pharmacy and PBM customers for routing and eligibility services. Ex. 15, Martin (Surescripts) Dep., PX52, at 3; Ex. 16, Uhrig (Surescripts) Dep., PX1115; Ex. 5, Totonis (Surescripts) Dep. 200:3–14.

22.     The loyalty program gave EHR, pharmacy, PTV and PBM customers the option of agreeing to a loyalty provision of a limited duration in exchange for a loyalty discount or a loyalty payment, depending on the type of customer. *See* Compl. ¶ 65, ECF No. 1; Ex. 15, Martin (Surescripts) Dep., PX52, at 3; Ex. 16, Uhrig (Surescripts) Dep., PX1115.

23.     Joining a Surescripts loyalty program is optional. Surescripts' contracts do not state, and the FTC does not allege, that EHRs, pharmacies, PTVs or PBMs are required to meet loyalty or exclusivity requirements in order to connect to the Surescripts network. Ex. 15, Martin (Surescripts) Dep., PX52, at 3–12; [REDACTED] Ex. 20, Murphy (Surescripts) Dep. 37:21–38:2 ("Vendors could participate in the Vendor Reserve Program. It was optional. Part of their participation in the Vendor Reserve Program was to be exclusive with Surescripts, and as a part of that, they would receive incentives."); Ex. 21, Yakimischak (Surescripts) Dep. 189:16–23 ("[T]he agreements that Surescripts had with network participants included an optional loyalty clause which some chose

6

to take and some did not choose to take.");

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████

24.     EHRs could earn incentive fees of ███ of the routing fee paid by pharmacy customers for each routing transaction or of ███ of the eligibility fee paid by PBM customers for each eligibility transaction if they join the program for routing or eligibility only, or could earn a ███ incentive fee for all transactions for participating for both routing and eligibility.  *See* Compl. ¶ 77, ECF No. 1; █████████████████████████████████

25.     EHRs that joined the Reserve Program agreed to a period of three years but could unilaterally terminate participation in the program with 6 months' notice. ████████████████████████████████████ An EHR that terminated at 6 months' notice was entitled to keep all incentives earned up until the time that it ceased participating in the program. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

26.     Some EHRs negotiated terms shorter than 3 years.  *See, e.g.,* ████████████████████████████████████████████████████████ Ex. 33, Surescripts_00368201, -8203 (terminable on "sixty (60) days written notice").

27.     ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

28.  ███████████████████████████████████████████████
███████████████████████████████████████████████████
██████████████████████████████████████

29.  ███████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
████

30.  ███████████████████████████████████████████████
██████████████████████████████████████

31.     Under the terms of the loyalty program, EHRs remained free to use other networks to connect to companies not connected to the Surescripts networks, and doing so would not affect their ability to earn incentives for qualifying messages. *See* Compl. ¶ 135, ECF No. 1; ████████████████████████████████████████████ "[N]othing in the Surescripts Reserve Program shall limit a Participating Aggregator's ability to send electronic messages for prescription information and prescribing transactions via another network or system to pharmacies, pharmacy aggregators, value-added resellers, pharmacy benefit managers, health plans who do not participate in the Surescripts Network."); ███████████████████████████████████████████
███████████████████████████████████████████████████
████████████

32.     A pharmacy could earn loyalty discounts even if it used a different network to route prescriptions to prescribers that were not part of the Surescripts network. ████████████
████████████████████████████████ ("[N]othing in this Section A(4) shall limit

9

Aggregator's ability to send Prescription Routing messages via another network or system to prescribers . . . who are not, at the time in question, Prescriber Participants in the Surescripts network.").

33. A PBM could earn loyalty discounts even if it used a different network for eligibility transactions with prescribers that were not part of the Surescripts network. █████████████████████████████████████████ ("[N]othing in this Section shall limit Customer's ability to send Prescription History and Benefit Services – Ambulatory messages via another network or system to prescribers, health care providers or facilities, prescriber aggregators, pharmacies, pharmacy aggregators, or value-added resellers who are not, at the time in question, Participants in the Surescripts network.").

34. There is no evidence that Surescripts ever cut off a customer from using a Surescripts network or cut off loyalty payments for violating the terms of the loyalty provisions. *See* Ex. 8, Evans Dep. 126:24–127:24 ("Q. . . . Can you point me to any evidence where Surescripts discovered that an EHR with whom it had a loyalty position was not being loyal within the terms of the contract, and as a result cut off incentive payments to that EHR? . . . I'm unaware of it happening. . . . Q. And on the pharmacy and PBM side, you're not aware of Surescripts cutting off discounts to any entity on the basis that it wasn't being loyal under a loyalty provision? A. I'm not.").

35. Beginning in 2014, Surescripts has issued rebates to every pharmacy customer based on volume of routing transactions, irrespective of the customer's loyalty status or whether it contracted directly with Surescripts or through a PTV or reseller. Ex. 43, Abrantes-Metz Rep. ¶ 31; ████████████████████████ ████████████████████████
████████████████████████████████████████████████████

10

██████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

████████████████████████████████████████████

36. Between 2010 and 2020, Surescripts lowered its prices for routing products such that Surescripts' average net two-sided price (*i.e.*, Surescripts' revenue collected from pharmacies less rebates and incentives paid to EHRs) for routing has fallen from approximately ▆▆▆ per transaction to approximately ▆▆▆ per transaction. Ex. 11, McCarthy Rep., ¶¶ 233–35, Ex. 12B, 14A; *see also id.* Ex. 12A, 12C.

37. Between 2010 and 2020, Surescripts also lowered its prices for eligibility products such that Surescripts' net two-sided price (*i.e.*, Surescripts' revenue collected from PBMs less rebates and incentives paid to EHRs) for eligibility has fallen from approximately ▆▆▆ per transaction to approximately ▆▆▆ per transaction. *See* Ex. 11, McCarthy Rep., Ex. 12E, 14B.

**D.  Certain Large Customers Chose Not To Participate in Surescripts' Loyalty Program**

38. ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████       ██████████████████████████████████████

██████████████████████████████

39. ██████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

11

███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
██████████████████████

40. ███████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████████████████████████

41. ███████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████

42. ███████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
█████████████████████████████████████████

43. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████

44. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████

45. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████

46. These customers could and did transmit routing and/or eligibility transactions over the Surescripts network even though they did not join the loyalty program.

**E.     Certain Customers Did Not Want To Multihome**

47. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

██████████████████████████████████████████████████████████████████████████
████

   48.   ████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████████
██████████████████████████████

   49.   ████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████████
████      ██████████████████████████████████████████████████████████████
██████████████████████████████

   50.   ████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████████
██████████

   51.   ████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████████

14

▮▮▮▮▮▮▮▮▮▮

52. ▮▮▮▮▮▮▮▮▮▮

53. ▮▮▮▮▮▮▮▮▮▮

### F. Surescripts' Competitors Did Not Take Necessary Steps To Compete with Surescripts

54. Change Healthcare ("Emdeon") is a healthcare technology company founded in 2006 that has been Surescripts' primary competitor in routing. *See* Compl. ¶ 59, ECF No. 1. The company recently reached an agreement to be acquired by UnitedHealth Group in a deal valued at $13 billion. *See* Ex. 58, Yahoo! Finance, *UnitedHealth (UNH) to Buy Change Healthcare, Stock Gains* (Jan. 8, 2021), https://www.yahoo.com/video/unitedhealth-unh-buy-change-healthcare-182106421.html.

55. eRx (Legacy Emdeon) is a pharmacy aggregator and is a Surescripts customer. ▮▮▮▮▮▮▮▮▮▮

15

56. █████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
████████████

57. █████████████████████████████████████████████
█████████████████████████████████████████████████████
████████████████████████████████████

58. █████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
████████████████████████████████████████████

59. █████████████████████████████████████████████
█████████████████████████████████████████████████████
████

60. █████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████

61. ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

█████████████████

62. ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

█████████████████

63. ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████

64. ███████████████████████████████████████

███████████████████████████████████████

███

65. ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

17

Case 1:19-cv-01080-JDB   Document 117-2   Filed 05/18/22   Page 18 of 20

66. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

67. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

68. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

69. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18

██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████████████████████████████████████████████

70.   ████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████████████████████████████████████████████

71.   ████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████

72.   ████████████████████████████████████████████████
██████████████████████████████████████████████████████████

19

███████████████████████████████████████████████

██████████████████████████████████

73. ████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████

| | |
|---|---|
| Dated: March 28, 2022 | Respectfully submitted,<br><br>**LATHAM & WATKINS LLP**<br><br>*/s/ Amanda P. Reeves*<br>Amanda P. Reeves (D.C. Bar 496338)<br>Allyson M. Maltas (D.C. Bar 494566)<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004-1304<br>Telephone: (202) 637-2183<br>Facsimile: (202) 637-2201<br>Email: amanda.reeves@lw.com<br>Email: allyson.maltas@lw.com<br><br>Alfred C. Pfeiffer, Jr. (*appearing pro hac vice*)<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>Email: al.pfeiffer@lw.com<br><br>*Attorneys for Defendant Surescripts, LLC* |