**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FEDERAL TRADE COMMISSION,

        Plaintiff,

        v.

SURESCRIPTS, LLC,

        Defendant.

Case No.: 19-cv-1080 (JDB)

**REDACTED**

**Index of Exhibits to Plaintiff Federal Trade Commission's
Opposition to Defendant Surescripts, LLC's Motion for Summary Judgment**

| Exhibit[1] | Description |
|---|---|
| 59 | Excerpts of Rebuttal Report of David S. Evans (December 3, 2021) |
| 60 | Excerpts of Report of Rosa M. Abrantes-Metz (July 30, 2021) |
| 61 | Excerpts of Rebuttal Report of Rosa M. Abrantes-Metz (December 3, 2021) |
| 62 | Surescripts_00381575 - Surescripts_00381773<br><br>Surescripts Board of Directors Meeting Materials (May 17, 2013) |
| 63 | PX016, RH_CID_00018239 - RH_CID_00018245<br><br>Email from Scott Genone to Jeff Felton dated April 4, 2009 re: Surescripts New CEO |
| 64 | Excerpts from the Deposition of Harry Totonis (Surescripts) (taken April 1, 2021) |
| 65 | Surescripts_00253986 - Surescripts_00253994<br><br>Email from Rick Ratliff to JP Little, et al. dated August 9, 2008 re: Strategic Risk Management Plan with Attached Document titled "Strategic Risk Analysis" |

---

[1] The numbering of the exhibits in this index continues consecutively from the last exhibit submitted with the FTC's Motion for Partial Summary Judgment [ECF No. 103].

| Exhibit[1] | Description |
|---|---|
| 66 | PX069, Surescripts_00295017 - Surescripts_00295020<br><br>Email from Scott Barclay to Rick Ratliff and Paul Uhrig dated July 23, 2009 re: Emdeon Board Materials with Attached Documents titled "Emdeon Framing Materials" and "Emdeon Action Table" |
| 67 | Excerpts from the Deposition of Scott Barclay (Surescripts) (taken March 19, 2021) |
| 68 | Genone Ex. 2, RH_CID_00018637 - RH_CID_00018638<br><br>Email from Peter Cullen to Jeff Felton, et al. dated December 4, 2009 re: SS Slide Deck with Attached Presentation titled "SureScripts/ePrescribing Contract Negotiation Summary Document (December 2009)" |
| 69 | PX086, Surescripts_00335733<br><br>Presentation titled "McKesson Strategy (January 2009)" |
| 70 | PX070, Surescripts_00256955<br><br>Email from Rick Ratliff to Harry Totonis, et al. dated July 16, 2009 re: Mark Lyle's presentation |
| 71 | PX186, Surescripts_00072834<br><br>Email from Scott Barclay to Harry Totonis dated November 17, 2009 re: A few quick Allscripts thoughts |
| 72 | Excerpts from the Deposition of Jill Helm (Allscripts) (taken April 7, 2021) |
| 73 | PX189, Surescripts_00020982 - Surescripts_00020983<br><br>Email from Seth Joseph to Scott Barclay dated March 9, 2010 re: Board deck with Attached Presentation titled "Board Deck" |
| 74 | PX078, Surescripts_00295007 - Surescripts_00295009<br><br>Email from Scott Barclay to Harry Totonis dated September 15, 2009 re: Allscripts and SXC Health (PBM) |
| 75 | PX102, Surescripts_00216317 - Surescripts_00216318<br><br>Email from Scott Barclay to Mary Martin, et al. dated November 16, 2009 re: Follow-up to Vendor Conversation with Attached Presentation titled "Physician Vendor Incentive Approach" |
| 76 | Excerpts from the Deposition of Mary Martin (Surescripts) (taken December 22, 2020) |

| Exhibit[1] | Description |
|---|---|
| 77 | PX104, Surescripts_00258206 - Surescripts_00258208<br><br>Email from Harry Totonis to Scott Barclay re: Vendor Incentives Discussion |
| 78 | Surescripts_00001961 - Surescripts_00001966<br><br>██████████████████████████████████████ |
| 79 | Helm Ex. 9, Surescripts_00001376 - Surescripts_00001381<br><br>██████████████████████████████████████ |
| 80 | PX1620, DRFIRST00031582 - DRFIRST00031585<br><br>Email from Glenn Deemer to David Samuels and James Chen dated June 24, 2019 re: HCIT & Distribution with Article Titled "Amazon May Seek to Build Its Own PBM; Negative for Supply Chain" |
| 81 | PX1094, Surescripts_00217950 - Surescripts_00217993<br><br>██████████████████████████████████████ |
| 82 | RH_CID_00052854 - RH_CID_00052877<br><br>██████████████████████████████████████ |
| 83 | PX028, Surescripts_00002874 - Surescripts_00002961<br><br>██████████████████████████████████████ |
| 84 | PX1460, Surescripts_01576054 - Surescripts_01576059<br><br>██████████████████████████████████████ |
| 85 | PX1461, Surescripts_01614987 - Surescripts_01614991<br><br>██████████████████████████████████████ |

| Exhibit[1] | Description |
|---|---|
| 86 | PX1466, Surescripts_01143943 - Surescripts_01143950 <br><br> ██████████████████████████████████████ |
| 87 | PX1469, Surescripts_02476136 - Surescripts_02476189 <br><br> ██████████████████████████████████████ |
| 88 | Excerpts from the Deposition of Brian Tait (Allscripts) (taken March 30, 2021) |
| 89 | Excerpts from the Deposition of Jo Walker (QS1/Red Sail) (taken March 18, 2021) |
| 90 | PX1616, DRFIRST00035258 - DRFIRST00035259 <br><br> Email from Cam Deemer to Edward Lee dated March 9, 2010 re: Question on Pharmacy System – SS Amendment |
| 91 | Excerpts from the Deposition of Steve Wubker (Rx30) (taken April 15, 2021) |
| 92 | PX1248, RH_CID_00018540 <br><br> Email from Scott Genone to Jeff Felton and Peter Cullen dated August 25, 2009 re: Numbers |
| 93 | Excerpts from the Deposition of David S. Evans (taken January 11, 2022) |
| 94 | PX099, Surescripts_00023668 <br><br> Email from Scott Barclay to Harry Totonis dated October 13, 2009 re: Proposed Jeff Felton talking points |
| 95 | PX100, Surescripts_00292409 - Surescripts_00292410 <br><br> Email from Don Huonker to Scott Barclay and Harry Totonis dated October 14, 2009 re: Surescripts – October Special Board Meeting with Attached Presentation titled "Surescripts Board of Directors Follow-up Call" |
| 96 | Excerpts from the Deposition of Daniel Miller (Rite Aid) (taken April 26, 2021) |
| 97 | PX1122, WAG-FTCvSRSCPT-00033890 - WAG-FTCvSRSCPT-00033892 <br><br> Email from Jon Arends to Natasha Polster dated August 13, 2018 re: NACDS TSE – eRX Network Meeting |
| 98 | Excerpts from the Deposition of Faisal Mushtaq (Allscripts) (taken April 29, 2021) |

| Exhibit[1] | Description |
|---|---|
| 99 | PX1005, Surescripts_00185343 - Surescripts_00185344<br><br>Email from Greg Hansen to Michael Suslak and Catherine Murphy dated August 19, 2013 re: Contract |
| 100 | PX038, Surescripts_00069300 - Surescripts_00069302<br><br>Email from Rusty Keith to Scott Barclay dated July 17, 2010 re: Deck with Attached Presentation Titled "E-Prescribing Overview – Rite Aid" |
| 101 | Miller Ex. 5, Rite Aid_0000009 - Rite Aid_0000025<br><br>██████████████████████████████████ |
| 102 | PX1552, TDS01818 - TDS01819<br><br>Email from Steve Wubker to Brent Tremblay dated October 31, 2012 re: NCPA |
| 103 | Excerpts from the Investigational Hearing of Greg Hansen (Surescripts) (taken February 23, 2017) |
| 104 | PX010, Surescripts_00023267 - Surescripts_00023269<br><br>Email from Seth Joseph to Scott Barclay dated February 24, 2010 re: Items on the docket |
| 105 | PX044, Surescripts_00019573 - Surescripts_00019578<br><br>Email from Rusty Keith to Seth Joseph, et al. dated September 24, 2010 re: Overview of Emdeon in pharmacy with Attached Document titled "Emdeon Pharmacy Overview" |
| 106 | PX192, Surescripts_00019565 - Surescripts_00019572<br><br>Email from Scott Barclay to Will Peters dated October 27, 2010 re: Emdeon updated doc with Attached Document titled "Emdeon/eRx & Surescripts – Strategy Brief" |
| 107 | PX195, Surescripts_00016046<br><br>Email from Scott Barclay to Harry Totonis dated January 26, 2011 re: One More Thing |
| 108 | PX039, Surescripts_00072283 - Surescripts_00072286<br><br>Email from Rusty Keith to Scott Barclay dated January 25, 2010 re: Current Planning Info for Rite Aid Presentation with Attached Document titled "Rite Aid Web Conference Presentation Outline" |
| 109 | Excerpts from the Investigational Hearing of Lathe Bigler (Emdeon) (taken March 7, 2017) |

| Exhibit[1] | Description |
|---|---|
| 110 | Excerpts from the Deposition of Lathe Bigler (Emdeon) (taken February 19, 2021) |
| 111 | Excerpts from the Deposition of Larry Susnow (NewCrop) (taken March 31, 2021) |
| 112 | Excerpts from the Deposition of Glenn Cameron Deemer (DrFirst) (taken April 27, 2021) |
| 113 | Excerpts from the Deposition of Eugene DuAime (NextGen) (taken February 24, 2021) |
| 114 | PX1509, Rite Aid_0001630 - Rite Aid_0001639<br><br>Email from Richard Stoneking to Robert Thompson, et al. dated April 1, 2010 re: E-Prescribing Call Today with Attached Documents titled "Rite Aid," "Emdeon – Rite Aid Escript Letter," "E-Prescribing Overview - Rite Aid," and an untitled excel file |
| 115 | Excerpts from the Deposition of Richard Brook (Emdeon) (taken April 30, 2021) |
| 116 | PX042, Surescripts_00105340 - Surescripts_00105341<br><br>Email from Mary Martin to Catherine Murphy, et al. dated July 31, 2012 re: Allscripts and Emdeon |
| 117 | PX135, Surescripts_00324054 - Surescripts_00324055<br><br>███████████████████████████████ |
| 118 | Surescripts_00001485 - Surescripts_00001486<br><br>Letter from Thomas Farah (Surescripts) to Allscripts dated February 21, 2014 re: Notice of Termination/Non-Renewal |
| 119 | PX1193, CHC_CID-002713 - CHC_CID-002717<br><br>Email from Steve Groover to Kevin Mahoney, et al. dated April 9, 2014 re: Action Required: Surescripts Strategy Review with Attached Presentation titled "Capitalizing on Allscripts Opportunity" |
| 120 | PX180, CHC_CID-007184 - CHC_CID-007186<br><br>Email from Lathe Bigler to Kevin Mahoney, et al. dated September 22, 2014 re: ePrescribing Meeting with Attached Presentation titled ███████████ ████████████ |

| Exhibit[1] | Description |
|---|---|
| 121 | Excerpts from the Deposition of Deedrea Grein (OptumRx) (taken April 26, 2021) |
| 122 | PX1614, DRFIRST00014383 - DRFIRST00014388<br><br>Email from Jim Chen to Scott Barclay and Glenn Deemer dated May 28, 2014 re: Following Up Re Ideas Vis-A-Vis Surescripts |
| 123 | PX1618, DRFIRST00030500 - DRFIRST00030501<br><br>█████████████████████████ |
| 124 | PX1620, DRFIRST00031582 - DRFIRST00031585<br><br>Email from Glenn Deemer to David Samuels and James Chen dated June 24, 2019 re: HCIT & Distribution / Amazon May Seek to Build Its Own PBM; Negative for Supply Chain |
| 125 | PX1621, DRFIRST00036373 - DRFIRST00036374<br><br>█████████████████████████ |
| 126 | PX091, Surescripts_00217892 - Surescripts_00217897<br><br>Email from Scott Barclay to Rob Cronin dated July 22, 2009 re: NACDS Pharmacy and Technology Conference with Attached Presentation titled "Considering a Response to Emdeon + eRx Networks" and Document titled "Considering a Response to Emdeon + eRx Networks" |
| 127 | PX095, Surescripts_00073240 - Surescripts_00073241<br><br>Email from Scott Barclay to Harry Totonis dated September 18, 2009 re: Jeff Smith Pages with Attached Presentation titled "Jeff Smith Prep" |
| 128 | PX194, Surescripts_00016379 - Surescripts_00016380<br><br>Email from Scott Barclay to Harry Totonis dated January 26, 2010 re: Contract Thoughts |
| 129 | Excerpts from the Investigational Hearing of Harry Totonis (Surescripts) (taken January 31, 2017) |
| 130 | PX1470, Surescripts_02475794 - Surescripts_02475795<br><br>█████████████████████████ |

| Exhibit[1] | Description |
|---|---|
| 131 | Surescripts_00382881 - Surescripts_00382956<br><br>Email from Paul Uhrig to Tim Theriault, et al. dated July 23, 2015 re: Surescripts – Board Materials With Attached Documents "Memorandum from Tom Skelton to Surescripts Board of Directors re: CEO Update," "Q2 2015 Media Report," and Presentation titled "Surescripts Board of Directors Meeting" |
| 132 | Surescripts_00104166 - Surescripts_00104168<br><br>Email from Gerard Fleury to Brian Whipp dated October 23, 2015 re: Routing Income Statement Inputs Request |
| 133 | PX1129, WAG-FTCvSRSCPT-00010504 - WAG-FTCvSRSCPT-00010507<br><br>Email from Jon Arends to Tolu Akinwalre dated April 17, 2019 re: Severity 1 |
| 134 | PX1230, Surescripts_00086012 - Surescripts_00086014<br><br>Email from Angela Gibbs to Greg Hansen dated January 15, 2013 re: Surescripts Brand Equity Research with Attached Presentations titled "Key Findings and Brand Strategy Directions – Board Meeting" and "Key Findings Presentation – Leadership Presentation" |
| 135 | PX139, Surescripts_00094634 - Surescripts_00094636<br><br>Email from Greg Hansen to Jeff Miller dated December 15, 2014 re: Personal Note After Yesterday's Emdeon Call |
| 136 | Excerpts from the Deposition of Scott Genone (RelayHealth) (taken February 23, 2021) |
| 137 | PX096, Surescripts_00294626 - Surescripts_00294696<br><br>Email from Scott Barclay to Teri Byme dated April 7, 2010 re: Pricing Deck with Attached Presentation titled "Board Meeting (September 29, 2009) – Pricing Strategy" and "Board Meeting (September 29, 2009) – Pricing Strategy - Appendix" |
| 138 | PX093, Surescripts_00073251 - Surescripts_00073252<br><br>Email from Scott Barclay to Harry Totonis dated September 12, 2009 re: Price Erosion Due to Commoditization |
| 139 | PX074, Surescripts_00023681<br><br>Email from Scott Barclay to Harry Totonis dated October 8, 2009 re: Pharmacy Pricing |

| Exhibit[1] | Description |
|---|---|
| 140 | PX1436, Surescripts_00379820 - Surescripts_00379827<br><br>Email from Harry Totonis to John Driscoll, et al. dated November 9, 2009 re: Follow-up on NACDS and Eligibility Discount Loyalty Curve with Attached Presentation titled "Upgrade to the Board of Directors Regarding Surescripts Pricing" |
| 141 | Excerpts from Surescripts' Further Responses and Objections to FTC's First Set of Request for Admission dated June 17, 2020 - RFA No. 108 |
| 142 | Surescripts_00007988 - Surescripts_00007992 |
| 143 | Surescripts_00006285 - Surescripts_00006295 |
| 144 | Surescripts_00001483<br><br>Letter from Thomas Farah to Allscripts dated May 1, 2014 re: Notice of Termination/Non-Renewal |
| 145 | Surescripts_00001484 |
| 146 | Surescripts_00001482 |
| 147 | PX1454, Surescripts_00703960 - Surescripts_00703961 |
| 148 | Excerpts from the Deposition of Jason Brasfield (PrescribersConnection) (taken March 9, 2021) |
| 149 | PX1244, Surescripts_00368036 _0001 - Surescripts_00368036 _0005<br><br>Email from Shannon Burke to Greg Hansen dated August 13, 2014 re: Network Competitors |

| Exhibit[1] | Description |
|---|---|
| 150 | Surescripts_Data_0011 <br><br> ██████████████████████████████████ |
| 151 | Excerpts from the Deposition of Dr. Thomas R. McCarthy (taken January 27, 2022) |
| 152 | Excerpts from the Investigational Hearing of Michael Holz (Surescripts) (taken February 16, 2017) |
| 153 | PX2012 <br><br> ████████████████████████████████████████ |
| 154 | Excerpts from the Deposition of Carl Dvorak (Epic) (taken March 23, 2021) |
| 155 | Declaration of William Hanson (University of Pennsylvania Health System) dated June 4, 2017 |
| 156 | Excerpts from the Deposition of Eric Lefkowitz (MedImpact) (taken February 11, 2021) |
| 157 | Excerpts from the Deposition of Patricia Yakimo (Argus) (Vol. 2) (taken March 17, 2021) |
| 158 | Yakimo Ex. 4, DSTPS0000104 - DSTPS0000106 <br><br> ██████████████████████████ |
| 159 | Yakimo Ex. 7, DSTPS0000020 - DSTPS0000044 <br><br> ██████████████████████████ |
| 160 | PX1544, RH_CID_00052150 - RH_CID_00052152 <br><br> Email from Steve Wubker to Kathy Mathias and Scott Huges dated April 22, 2015 re: e-Prescribing Agreement |
| 161 | Excerpts from the Deposition of Dennis Bird (Kroger) (taken April 13, 2021) |
| 162 | PX1462, Surescripts_01614912 - Surescripts_01614925 <br><br> ██████████████████████████ |

| Exhibit[1] | Description |
|---|---|
| 163 | PX1467, Surescripts_00465331 - Surescripts_00465332 <br><br> ██████████████████████████████████ |
| 164 | PX1001, Surescripts_00158970 - Surescripts_00158971 <br><br> Email from Michael Suslak to Harry Totonis, et al. dated November 11, 2012 re: 2103 Incentive Relief |
| 165 | Excerpts from the Deposition of Michael Suslak (eClinicalWorks) (taken December 3, 2020) |
| 166 | Helm Ex. 2, ALLSCRIPTS-DDC-0241819 - ALLSCRIPTS-DDC-0241840 <br><br> ██████████████████████████████████ |
| 167 | PX227, Surescripts_00223922 - Surescripts_00223936 <br><br> Email from Seth Joseph to Tom Skelton, et al. dated August 10, 2015 re: Emdeon Discussion Documents with Attached Documents "Emdeon – Transaction Summary – M&A/Private Placements," "Letter from Seth Joseph to Tom Skelton, et al. re: Emdeon Corporate Profile and Pharmacy Business," and "Emdeon – Financials" |
| 168 | PX214, AHS-FTC-CID0058457 - AHS-FTC-CID0058459 <br><br> ██████████████████████████████ |
| 169 | PX217, AHS-FTC-CID0049992 - AHS-FTC-CID0049994 <br><br> Email from Jill Helm to Lee Shapiro dated February 15, 2011 re: Jill's monthly update with Attached Document "Jill Helm, Monthly Update" |
| 170 | Excerpts from the Investigational Hearing of Jill Helm (Allscripts) (taken June 8, 2017) |
| 171 | PX1112, RH_CID_00018530 - RH_CID_00018535 <br><br> Email from Paul Uhrig to Jeff Fenton dated August 12, 2009 re: Surescripts – RelayHealth with Attached Document "Issues List" and Presentation titled "Surescripts – RelayHealth Meeting Agenda" |