# Exhibit 80

| | |
|---|---|
| From: | Cam (Glenn) Deemer </o=DFCORP/ou=First Administrative Group/cn=Recipients/cn=cdeemer> |
| To: | David Samuels; Jim (James) Chen |
| Sent: | 6/24/2019 11:09:24 AM |
| Subject: | RE: [External] HCIT & Distribution / Amazon May Seek to Build Its Own PBM; Negative for Supply Chain |

This would be interesting to discuss. I've got a whole set of yeses and nos around this. I'm not sure whether these are things you've already thought through.

Direct connecting is something we can do. It's always in the plans. The reason we haven't pulled the trigger has been the SS clawback on the loyalty fees. We believe we have a path to make it happen, but to date, pharmacy hasn't cooperated in the way we need them to. Anyway, Amazon wouldn't be any different than direct connecting to Walgreens or Kroger or anyone else. We'd be happy to do it if they would notify SS that they want us turned off at the switch for Amazon scripts.

I didn't understand the part about Pillpack for 75% of refills. I'm not sure what % of scripts go mail order today, but I'd guess Pillpack will receive some fraction of that number. My reasoning: Pillpack will need to be in-network with PBMs or their traffic will be limited to cash-paying customers. Even in-network mail order facilities have to work hard to get customers because of the inconvenience of waiting on your drugs, having them misdelivered or stolen, etc. If Pillpack is in-network, it'll have to compete with the other in-network mail orders, like CVS' own pharmacy and ESI's own pharmacy. Plus, retail is starting to act more like mail, so you've got local competition. Anyway, you may mean something different than I thought you meant.

I didn't understand the patient piece unless you were referring to Link. My guess is that they'd tend to use the Amazon app to provide notifications about drug fills and special offers. Whether that's effective or not, I don't know, but they seem to be trying very hard to drive people to the app.

If we have an opportunity to speak with them again, and if they are planning to go big on scripts, direct connect should be on the table.

**From:** David Samuels <dsamuels@drfirst.com>
**Sent:** Friday, June 21, 2019 4:06 PM
**To:** Jim (James) Chen <jchen@drfirst.com>; Cam (Glenn) Deemer <cdeemer@drfirst.com>
**Subject:** FW: [External] HCIT & Distribution / Amazon May Seek to Build Its Own PBM; Negative for Supply Chain

After reading the article below, I couldn't stop thinking about the possibility of creating a direct network with Amazon for a distribution channel to disrupt the current script routing process through SS / pharmacy for same day delivery. I see Pillpack as a channel for script refills – 75% of the script market, I believe. Amazon has no channel today – to my knowledge – to direct connect to patients for newly written scripts. I'd be curious to hear your thoughts.

**From:** David Larsen, CFA / SVB Leerink Research <LSCResearch@svbleerink.com>
**Sent:** Friday, June 21, 2019 6:53 AM
**To:** David Samuels <dsamuels@drfirst.com>
**Subject:** [External] HCIT & Distribution / Amazon May Seek to Build Its Own PBM; Negative for Supply Chain

PUBLIC LINK TO THE DOCUMENT: VIEW DOCUMENT



HIGHLY CONFIDENTIAL

DRFIRST00031582
PX1620-001

SVB Leerink

# HCIT & DISTRIBUTION

## AMAZON MAY SEEK TO BUILD ITS OWN PBM; NEGATIVE FOR SUPPLY CHAIN

**Bottom Line:** We are concerned that retail pharmacy Walgreens (WBA, MP) may be at risk from Amazon's (AMZN, NR) pharmaceutical ambitions. STAT News reported on Wednesday (_LINK_) that within a recent lawsuit brought by CVS (CVS, OP) against a former executive, CVS alleged that Amazon (AMZN, NR) has been looking to work directly with health plans and employers to sell prescription drugs. After a review of the court documents, we come away believing that longer term AMZN may seek to build its own PBM which would be a negative for WBA (MP) and DPLO (MP). To the extent that Amazon's work could lead to lower drug prices, we believe PillPack could present a modest headwind for the distributors including Cardinal Health (CAH, MP) and McKesson (MCK, MP) but given AmerisourceBergen (ABC, OP) has been the distributor for PillPack, a new AMZN PBM could be a slight positive for ABC. Overall we remain generally cautious on the pharma supply chain and believe a renewal of concerns around Amazon's entrance into the PBM space could once again weigh on sentiment for the group.

**CVS sued former executive poached by AMZN and disclosed AMZN has been actively pursuing payers and employers.**
In April, CVS sued John Lavin, former SVP of Provider Network Services at Caremark, CVS' PBM business, after Mr. Lavin attempted to leave CVS for AMZN, in violation of a non-compete agreement. On June 18, US District Judge John J. McConnell, Jr. ruled in favor of CVS and granted a preliminary injunction, enforcing the 18-month non-compete agreement Mr. Lavin had entered into in 2017. Notably, during the lawsuit, CVS disclosed that Amazon and its recently acquired mail-order pharmacy, PillPack, have already approached CVS clients and language contained in documents suggests that AMZN/PillPack may be planning to develop a PBM or PBM services. Following our review of documents from the lawsuit and reports from various news outlets including STAT, it sounds to us that AMZN is trying to go direct to payers and employers, to bypass the PBMs and potentially steer volumes through its own mail-order pharmacy.

**WBA may be at risk from AMZN's pharmacy ambitions.**
We estimate WBA, with its large retail pharmacy footprint, may face significant risk from AMZN's pharmacy and possible PBM ambitions. We estimate that WBA may have as much as ~25% market share currently. While brick-and-mortar locations remain the most prevalent way to fill prescriptions, we estimate that AMZN may be able to ship to most of the US population either same day or within one-day. If AMZN were able to contract directly with payers and employers and steer volumes

HIGHLY CONFIDENTIAL

DRFIRST00031583
PX1620-002

through its distribution network, we estimate WBA could face a significant unfavorable impact to adjusted EPS (up to ~3-15%), which assumes AMZN share-gains of ~1% to 5%. This represents extraordinary growth in PillPack's script volumes, but given the ~100M+ Amazon customers in the U.S., this share shift is possible longer term in our view.

**Distributors face more modest risk from AMZN/PillPack, and ABC could benefit.**
We hosted a Pulse Call (*LINK*) in June 2018 with three MEDACorp specialists following the announcement that Amazon was purchasing PillPack. The specialists on our call highlighted that they did not believe that AMZN or PillPack would seek to negotiate directly with manufacturers in an effort to bypass the distributors and as a result, we did not believe the distributors were as exposed as retail to AMZN's entrance. While Mr. Lavin would have been responsible for overall procurement including relationships with distributors and manufacturers, we still believe that AMZN will purchase most of its product through ABC. We estimate that McKesson (MCK, MP) and Cardinal Health (CAH, MP) face modest exposure of less than 1-3% of CY20E Adj. EPS. Given that AmerisourceBergen (ABC, OP) has been the distributor for PillPack, we believe ABC could actually benefit from AMZN/PillPack share gains though any gains from PillPack would likely be somewhat offset by share losses from other retail partners including WBA. Assuming a ~1% share-gain for AMZN/PillPack, we estimate ABC could benefit by as much as ~0.4% of our CY20E Adj. EPS.

**DPLO likely faces only modest risk to its beleaguered PBM business.**
DPLO's PBM has faced several headwinds over the past few months and could face further pressure if the assertion within CVS' lawsuit that AMZN is seeking "to provide its own PBM-like services directly to clients" is in fact true. We estimate that DPLO captures only a very small part of the PBM market following the share losses earlier this year. We estimate that as much as ~3% of DPLO's FY20E EPS could be at risk. In our view, this a modest and manageable risk.

Link to the STAT news article: *LINK*

Link to Judge John J. McConnell, Jr.'s Memorandum: *LINK*

PUBLIC LINK TO THE DOCUMENT: VIEW DOCUMENT

David Larsen, CFA, (617) 918-4502, David.Larsen@svbleerink.com
Jonathan Bentley, 617-918-4887, Jonathan.Bentley@svbleerink.com
Westley Dupray, 617-918-4549, Westley.Dupray@svbleerink.com

SVB Leerink LLC
One Federal Street, 37th Floor
Boston, MA 02110
www.svbleerink.com

Please direct all technical issues to: portalsupport@svbleerink.com

Member FINRA/SIPC.

© 2019 SVB Leerink LLC.
All Rights Reserved.

This email, and any attachment, is confidential and intended for the recipient(s) only. If you are not the intended recipient, please contact the sender and destroy all copies of this message and attachments. The email and its content are subject to important disclaimers and conditions relating to, among other things, the purchase and sale of securities, the accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at https://www.svbleerink.com/disclaimers. If you wish to unsubscribe from receiving email from SVB Leerink, please click here.

HIGHLY CONFIDENTIAL

DRFIRST00031585

PX1620-004