# Exhibit 88

1

2              IN THE UNITED STATES DISTRICT COURT

3                 FOR THE DISTRICT OF COLUMBIA

4                Civil Action No. 1:19-cv-01080

5

6    FEDERAL TRADE COMMISSION,

7              Plaintiff,

8    vs.

9    SURESCRIPTS, LLC,

10             Defendant.

11   _____/

12

13

14

15              VIDEOCONFERENCE DEPOSITION OF

16                       BRIAN TAIT

17               Tuesday, March 30, 2021

18                      9:30 a.m.

19

20

21

22

23   Reported by:

24   Anne E. Vosburgh, CSR-6804, RPR, CRR

25   Job No. 190886

                          B. Tait

1

2    typically in our e-prescribing space it

3    would be the provider or the provider's

4    office -- to request the prescription card

5    information for a specific individual and

6    that eligibility transaction would be to

7    request, and then the response would be your

8    card information for your prescription

9    benefit.

10        Q.    Do you consider the term

11   "e-prescribing" to include both routing and

12   eligibility?

13        A.    Typically I'd refer just to

14   e-prescribing as the routing transactions.

15        Q.    Right, but do you have experience

16   with the eligibility transaction as well --

17        A.    I do very much.

18        Q.    -- in software development?

19        A.    I do.

20        Q.    Great.

21             And when you say you built several

22   e-prescribing applications, can you just

23   expand on that, kind of summarize what your

24   experience has been over your career

25   building e-prescribing applications?

```
 1                      B. Tait

 2        A.    Yeah.   The very first one worked

 3   with -- in my first stint with Allscripts,

 4   we built a e-prescribing product called

 5   TouchScript.  It was TouchScript '97 at the

 6   time.  And that was a standalone -- it would

 7   be installed on a PC and the doctor would be

 8   able to prescribe straight out of his office

 9   to a pharmacy.

10              Of course, it also included

11   Allscripts' first-fill technology.

12              From there we developed

13   touchscript.net, which was an internet-based

14   e-prescribing software.  I also worked with

15   our TouchWorks product in building one of

16   the first e-prescribing handheld

17   applications there as well.

18              From that point, I helped out on

19   several other e-prescribing products within

20   our -- within the Allscripts organization,

21   and then moved later -- in my second stint

22   with Allscripts, moved to building out the

23   Allscripts Hub.

24        Q.   So the first application that you

25   worked on, Allscripts TouchScript -- sorry,
```

1                       B. Tait

2    TouchScript '97?

3         A.    That's right.

4         Q.    And approximately what time period

5    was that; do you recall?

6         A.    That was actually 1997, I think,

7    when we launched the first version of that.

8         Q.    And do you know if that

9    application is still functioning today?

10        A.    I don't.

11        Q.    Do you know if it was ever shut

12   down or what became of it after 1997?

13        A.    I do know that it was part of an

14   acquisition where Allscripts sold a large

15   chunk of the business including that

16   particular e-prescribing app to a company

17   called A-S Meds.

18        Q.    So when you were working on that,

19   did Allscripts have -- Allscripts have

20   connections to pharmacies to enable that

21   technology?

22        A.    Back in '97, we did -- it was

23   probably a little later than '97 when we

24   created our first -- our first pharmacy

25   connection.

                            B. Tait

1    in 2002 or 2003, did you consider those two

2    companies to be competing with one another?

3    

4        A.   I did.

5        Q.   And moving forward, from 2002 on

6    to -- into the future, did you consider --

7    did you consider the companies to continue

8    to compete up through 2008?

9            MS. REEVES:  Objection to form.

10   BY MR. MATHIAS:

11       Q.   You can answer.

12       A.   I believe they did.

13       Q.   Is it your understanding or based

14   on your experience that Allscripts -- that

15   Allscripts continued to obtain both the

16   routing and eligibility transaction from

17   both Surescripts and RxHub up through 2008?

18       A.   Can you repeat that one?

19           MS. REEVES:  Objection to form.

20   BY MR. MATHIAS:

21       Q.   Yeah.  Sorry.

22           Do you recall if Allscripts used

23   both Surescripts and RxHub for -- let's

24   start with routing.  Do you recall if

25   Allscripts used both Surescripts and RxHub

1                      B. Tait

2    for routing up through 2008?

3         A.   We did.

4         Q.   And do you recall if Allscripts

5    used both Surescripts and RxHub for

6    eligibility up through 2008?

7         A.   We did.

8         Q.   And did you see -- in your view,

9    was there a difference between the routing

10   product that Surescripts offering in that

11   time period and the routing product that

12   RxHub was offering during that time period?

13        A.   Technically speaking, they were

14   very similar.  It was really the pharmacies

15   on the other end that were different.

16        Q.   And when you say "pharmacies on

17   the other end," are you referring to the

18   specific pharmacies that each company was

19   connected to?

20        A.   Exactly.

21        Q.   Was it your understanding that

22   each company was connected to a different --

23   a different set of pharmacies?

24        A.   Yes.

25        Q.   And how about the eligibility

1                              B. Tait

2     and prescription routing.

3          A.    Not really, to my knowledge.

4          Q.    And same answer for prescription

5     eligibility?

6          A.    Not to my knowledge.

7          Q.    Okay.  Thank you.

8               Did you ever -- to your knowledge,

9     did you ever engage in any studies or

10    research as to what a specific vendor might

11    need to offer in order to persuade

12    Allscripts to engage in multihoming with

13    that vendor?

14         A.    No.

15         Q.    And we -- we talked about the

16    term, you know, direct connects or direct --

17    direct connections to PBMs, such as SXC and

18    Argus.

19               Do you recall that?

20         A.    I do.

21         Q.    And have you ever conducted any

22    research or analysis as to the costs or

23    resources required to set up a direct

24    connection to a PBM?

25               MS. REEVES:  Objection to form.

1                          B. Tait

2    BY MR. MATHIAS:

3         Q.    You can answer.

4         A.    No.  I would have -- we would have

5    made development estimates to what it would

6    take to stand up any new connection.

7              So, yes, I was involved in that.

8         Q.    And do you recall specific

9    instances where you were involved in this

10   type of analysis?

11        A.    I was involved with almost every

12   connection I think we've built.  Perhaps the

13   earlier ones, RxHub and Surescripts, were

14   ones we just went forward with a little bit

15   more opportunistically or optimistically.

16              I think when we looked at -- I

17   know when we looked at the Catamaran and

18   Argus connections, those we definitely sat

19   down and, you know, more thoughtfully

20   decided what the -- what it would take to

21   build those out.

22        Q.    Yeah.

23              In the early days, when Allscripts

24   first established its connections to

25   Surescripts and RxHub, do you recall the

```
 1                    B. Tait
 2   resources that were required to do that?
 3        A.   That was -- doing the
 4   transactional implementation was almost
 5   exclusively my job.  And then we did
 6   bring -- I think it was pretty much setting
 7   up the transaction and getting the
 8   communications going was almost exclusively
 9   my job.
10        Q.   That was your job.  Okay.  Thank
11   you.  That's helpful.
12             Do you have any sense or knowledge
13   as to like the technical costs of
14   establishing those initial connections to
15   RxHub and Surescripts, like what is actually
16   required in terms of computer hardware,
17   software, etc.?  Do you have any sense of
18   that?
19        A.   Yeah, definitely to some degree.
20        Q.   So, for example, to establish the
21   initial connection to old Surescripts,
22   legacy Surescripts, back in 2002, 2003, what
23   sort of hardware -- what sort of hardware
24   would be required to do that?
25        A.   At that point, we have -- we had
```

```
 1                         B. Tait
 2   already sunk costs into the machinery that
 3   we needed in order to execute those -- do
 4   those transactions.  So it was really mostly
 5   the software development expense of
 6   actually, you know, building that and then,
 7   you know, going through implementations with
 8   Surescripts to make sure that, obviously, we
 9   could talk the transaction correctly.
10        Q.   Great.  Thank you.
11             So there was a software
12   development cost, so the cost of labor, your
13   labor, correct?
14        A.   That's right.
15        Q.   And was there a specific software
16   program that Allscripts used to make this
17   connection, or was that something that was
18   done all in-house?
19        A.   It was -- we had -- it was done
20   in-house.  There was a program -- and at the
21   core of AllScripts' Hub, there is a
22   technology which is called "Integration
23   Professional," which was an industry term.
24   It's an interface engine.  It basically is a
25   toolset that allows you to implement kind of
```

Page 66

1                         B. Tait

2    standards-based transaction protocols more

3    easily.  So it's a -- it just accelerates

4    development.

5         Q.   Okay.  So in terms of setting up

6    this specific connection to Surescripts in

7    the 2002/2003 time period, is it your

8    understanding that basically Allscripts had

9    all the hardware already purchased and that

10   fixed cost had already been bought so

11   Allscripts didn't need to expend any

12   additional resources for the hardware

13   component?

14        A.   That's what I recall.

15        Q.   And similar with the software

16   component, obviously, there's your labor

17   that goes into that and your software

18   development.  But in terms of the actual

19   platform, there's no like license fee or

20   anything that Allscripts has to pay out to

21   build a connection to Surescripts?

22             MS. REEVES:  Objection to form.

23        Leading.

24   BY MR. MATHIAS:

25        Q.   Yeah.  I guess I'm just trying to

```
 1                     B. Tait

 2    understand if there are like any other costs

 3    besides your labor to establishing that

 4    connection to Surescripts that Allscripts

 5    had to incur as a result of that connection.

 6         A.   Not at that time.

 7         Q.   And do you recall approximately

 8    how long it took you to build this

 9    connection to Surescripts?

10         A.   I don't exactly.

11         Q.   Do you have a ballpark?

12         A.   A month.

13         Q.   Okay.  Sounds like there's an

14    airplane taking off somewhere.

15         A.   They're rolling something heavy

16    down the hallway.

17         Q.   Oh, okay.  All right.

18              So your ballpark estimate is one

19    month to establish the connection to

20    Surescripts, one month of your labor; is

21    that right?

22         A.   That's right.

23         Q.   And how about the connection to

24    RxHub?

25         A.   That was probably equivalent.
```

1                        B. Tait

2    The -- roughly equivalent.

3         Q.    And then turning to the direct

4    connects that you talked about, Catamaran

5    and Argus, do you recall a ballpark of how

6    long those connections took you to develop?

7         A.    I'd probably ballpark them in the

8    same -- about the same time frame.

9         Q.    And do you recall if there was

10   like anyone else working with you at that

11   time on those connections, the Catamaran and

12   Argus?  I know it's a different time

13   period --

14        A.    Uh-huh.

15        Q.    -- you know, 2002 versus whenever

16   you made those connections.

17             Do you recall if there were other

18   members of your team working on that?

19        A.    There was, I think; in the 2013

20   time frame I was not the guy actually doing

21   the implementations.  So that would have

22   been other members.

23        Q.    What time frame was that?  Sorry.

24        A.    2013.

25        Q.    2013?

1                      B. Tait

2       Q.   From your perspective, did you

3  view establishing these connections to

4  Catamaran and Argus as a costly endeavor?

5            MS. REEVES:  Objection to form.

6       A.   I don't remember it being --

7  BY MR. MATHIAS:

8       Q.   Yeah.  Go ahead.

9       A.   I don't remember it being

10  especially costly, no.

11       Q.   In your experience, does

12  Allscripts do similar things to this?  You

13  know, in establishing a connection to a

14  vendor, have you had similar experiences in,

15  say, other products or other services that

16  Allscripts gets?

17            MS. O'CONNOR:  Objection, form.

18  BY MR. MATHIAS:

19       Q.   You can go ahead and answer if you

20  know.

21       A.   Yeah.  Generally, just going back

22  to the fact that these are all

23  standards-based, once you implemented one of

24  them, it becomes a little easier to

25  implement every one -- every subsequent

1                    B. Tait

2   transaction.

3              So since we were -- we had a

4   decade of experience with both the NCPDP

5   SCRIPT and the eligibility transactions, we

6   were -- it was not costly from a time

7   perspective to implement new connectivity.

8        Q.   Great.   Thank you.

9              And then focusing on Catamaran and

10  Argus as opposed to Surescripts and RxHub,

11  was there any new hardware requirement

12  Allscripts had to invest in to establish

13  these connections to Catamaran or Argus Hub?

14       A.   Not that I'm aware of --

15       Q.   Or Argus, excuse me.

16              And how about any software expense

17  or investment for Catamaran or Argus?

18       A.   No additional expense I'm aware of

19  either there.

20       Q.   Great.   Thank you.

21              And then focusing on prescription

22  routing, on the prescription-routing side of

23  things, you said Allscripts used

24  Surescripts, Emdeon, and RelayHealth; is

25  that right --

1                         B. Tait

2        A.    That's right.

3        Q.    -- during your time there, time at

4    Allscripts.

5              Do you recall the -- do you recall

6    the project where -- when Allscripts

7    established a connection to Emdeon or eRx

8    Network?

9        A.    I do.

10       Q.    And do you recall the resources

11   that were required to build out that

12   connection to Emdeon?

13       A.    I do, yeah.

14       Q.    And do you -- can you just list

15   for me the resources that you recall that

16   were required to build out that

17   connection -- for AllScripts to build out

18   that connection to Emdeon?

19       A.    Yeah.  I think it was primarily

20   myself, again, and I think I had one of

21   my -- one of my team's engineers working on

22   it as well.

23       Q.    But you don't recall the time

24   period that that connection was established?

25       A.    Not exactly.

1                      B. Tait

2        Q.   Sure.  Do you have a range or --

3        A.   No.

4        Q.   -- between --

5        A.   It was right around 2010, give or

6   take, if I remember right.

7        Q.   Okay.  All right.

8             And so was it a similar sort of

9   scenario in terms of requirements?  It was

10  your labor.  It sounds like you had another

11  team member helping you.

12            Was there other software or

13  hardware costs that you can think of for

14  connecting to Emdeon?

15       A.   No.  No.  Not at that time, no.

16       Q.   And do you recall how long that

17  process took in terms of, you know, starting

18  at point zero and moving to a full

19  connection to Emdeon, sending transactions

20  over the Emdeon network?

21       A.   From probably pure labor, it was

22  probably in that ballpark of a month.  I

23  could add that, you know, it typically

24  stretches because you're often waiting for,

25  you know, one person to move on to the next

1                     B. Tait

2    stage so the entire process --

3        Q.   Sure.

4        A.   -- quite likely was several

5    months, but labor costs were probably, like

6    I say, roughly a month, ballpark.

7        Q.   Great.

8             To your knowledge, did Allscripts

9    ever connect directly to any pharmacies sort

10   of in this later time period, say 2008 to

11   2014?  Did Allscripts ever have direct

12   connections to pharmacies?

13       A.   Not in that time period that I

14   know of, no.

15       Q.   And, again, staying on

16   prescription routing here and focusing on

17   the connection to RelayHealth that

18   Allscripts built out, do you recall that

19   project?

20       A.   I do just a little bit, yes.

21       Q.   Yeah.

22       A.   I think that was earlier.

23       Q.   Yeah.

24            And do you recall the approximate

25   time frame?  It doesn't have to be exact.

1                        B. Tait

2    pharmacy is active on this particular

3    network, and then we would bring out that

4    prescription to that network.

5         Q.    Thank you.  So that is helpful.

6              I want to talk about the scenario

7    where, you know, Allscripts is multihoming

8    with both Surescripts and Emdeon.  And

9    Surescripts has its set of pharmacies and

10   Emdeon has its set of pharmacies.

11             When you have two networks like

12   that, you know, how does that transaction

13   move, and how does Allscripts, you know,

14   decide which network to go through?

15             MS. REEVES:  Objection to form.

16        A.    Our routing rules would -- in the

17   case of -- if we had, you know -- in the

18   case we had actually established connection

19   with the eRx Network, Emdeon, they would

20   send us their active pharmacies, and we

21   would put them in that same list.

22             So we would have the entire -- you

23   know, the aggregate set of all the

24   pharmacies that we're connected to, and then

25   that list would have -- some of those

```
 1                      B. Tait

 2   connections would say "Surescripts."  Other

 3   connections would say "Emdeon."

 4   BY MR. MATHIAS:

 5       Q.   Okay.  Great.

 6            And so what about the scenario

 7   where the same pharmacy, the same end-user

 8   pharmacy, pharmacy technology vendor or

 9   system is connected to both networks.  The

10   pharmacy is connected to both Surescripts

11   and Emdeon, and Allscripts is connected to

12   both Surescripts and Emdeon, and Allscripts

13   receives the transaction -- prescription

14   routing transaction for that pharmacy, how

15   does Allscripts decide which network to

16   route that transaction through to that

17   pharmacy?

18       A.   Yeah, that -- the routing table

19   that I was just talking about would be the

20   first -- basically the first route.  So

21   whatever name we have -- and that would

22   literally be, you know, typically would be

23   that pharmacy list that we got from that

24   network, so from Emdeon.  So if Emdeon says

25   "These are our pharmacies," we would update
```

Page 109

                            B. Tait

1    our list with all the pharmacies that were

2    active on Emdeon.  So that would be the

3    primary route.

4        So although they -- some of those

5    pharmacies were active also on the

6    Surescripts network, we would have them in

7    our look-up table to say "These NCPDPs route

8    to Emdeon."

9        Q.   Yeah.  That's helpful.  I think

10   I'm just a little bit confused as to how the

11   process works exactly.

12       You have -- you have a pharmacy

13   that's connected to both networks and so you

14   have two lists.

15       Are you saying that when a

16   pharmacy is connected to both Emdeon and

17   Surescripts, that Allscripts chooses Emdeon

18   first?  Or chooses to route it to Emdeon and

19   then to the pharmacy?  Or does it go through

20   both networks?  Like, how does that work?

21       A.   Right.  It was based on whatever

22   the business rules were.  At the time, I do

23   remember that -- I apologize for the noise.

24       Q.   No worries.

                              B. Tait

1          A.    But at the time our routing -- our

2    pharmacy layering rules, if you will, we

3    would load the entire Surescripts list and

4    then we would load the Emdeon list on top of

5    that.

6               So if the pharmacy lived in both

7    worlds, if that was the rules at the time,

8    and I know these rules did change from time

9    to time, but depending on what the rules

10   were at that given time and, like I said,

11   for I think probably most of our Emdeon

12   relationship, the Emdeon list would be

13   loaded last.

14              So if there was already a pharmacy

15   in there and now it's active on the Emdeon

16   network, it would be labeled an Emdeon

17   pharmacy.  So effectively Emdeon would get

18   the first -- they would be the first rule to

19   look up -- or the Emdeon network would have

20   preference to your point.

21         Q.    Okay.  And what -- and what

22   function gives Emdeon preference?  Is it the

23   timing of the list or is it the rule that

24   you just program into the system or --

```
1                    B. Tait

2      A.   It's just -- it's just --

3      Q.   I'm just trying to nail this down.

4      A.   Yeah.  It's just the business rule

5  that says how to load these two lists.

6      Q.   And the rule is constructed by

7  you?

8      A.   Yes.  I mean, it's not -- I would

9  not specify the rule, you know.  It would

10  come from our business side and say, "Hey,

11  you know what?  Let's load in the

12  Surescripts list and then load in the Emdeon

13  list."  And that was our normal practice.

14      Q.   So if the Emdeon list was loaded

15  last, it would go -- the routing transaction

16  would go through Emdeon?

17      A.   That's right.

18      Q.   And that was what the business --

19  folks that were involved in the business

20  side of Allscripts told you to do?

21      A.   That's right.

22      Q.   And do you know why Allscripts

23  would build this business rule that gave

24  that preference to Emdeon?

25            MS. O'CONNOR:  Objection, form.
```

1                          B. Tait

2                  C E R T I F I C A T E

3

4        I, ANNE E. VOSBURGH, Certified Shorthand

5    Reporter, Registered Professional Reporter,

6    Certified Realtime Reporter hereby certify:

7            That BRIAN TAIT was remotely sworn, as

8    stipulated to by counsel, and that this

9    deposition is a true and correct record of the

10   testimony given by such witness.

11           I further certify that I am not related

12   to any of the parties to this action and that I

13   am in no way interested in the outcome of this

14   matter.

15           In witness whereof, I have hereunto set

16   my hand this day, April 2, 2021.

17

18   _____
         *Anne E. Vosburgh*

19           ANNE E. VOSBURGH

20           Certified Shorthand Reporter No. 6804

21           Registered Professional Reporter

22           Certified Realtime Reporter

23

24

25