# Exhibit 90

| | |
|---|---|
| From: | Cam Deemer </o=DFCORP/ou=First Administrative Group/cn=Recipients/cn=cdeemer> |
| To: | Edward Lee |
| Sent: | 4/9/2010 8:46:09 AM |
| Subject: | RE: question on pharmacy system - SS amendment |

Ed,

It works like this today...

Surescripts is always in the middle of the connection. (There may be some little outlier connections, but not the main part of the market).

On the physician side, there are these models:

1. Vendor to SS directly
2. Vendor to DrFirst to SS (this is our partner model, others are trying to do this but I think we have the only aggregator contract)
3. Vendor to RxHub to SS (this is an older model)
4. Vendor to Emdion to SS (this is a newer model)

On the pharmacy side, it starts with SS; these are the models:

1. SS to pharmacy (this is the mail order model)
2. SS to pharmacy chain HQ to pharmacy (this is the normal chain model)
3. SS to Emdion to pharmacy chain to pharmacy (this is similar to #4 in that Emdion is really ErxNetwork which grew out of PDX pharmacy software... it's the network to which PDX customers have to connect to reach the outside world)
4. SS to pharmacy vendor to independent pharmacy (QS1 and similar vendors to independents have their own networks)

So, the worst case set of hops occurs if a doctors wants to send to an Emdion-connected pharmacy through a connection to Emdion. It would look like this:

Vendor -> Emdion -> Surescripts -> Emdion -> Pharmacy chain (Safeway, for instance) -> Pharmacy

Same set of hops if you substitute DrFirst and our partners to an Emdion pharmacy:

Vendor (Greenway, for instance) -> DrFirst -> Surescripts -> Emdion -> Pharmacy chain -> Pharmacy

That pretty well covers the models available today. If we connected to Emdion, it would be a new worst case:

Vendor -> DrFirst -> Emdion -> Surescripts -> Emdion -> Pharmacy chain -> Pharmacy

Clearly, Emdion would like to cut SS out of the chain and eliminate two hops. For us, the best solution would be to eliminate all the middle men and have this model:

Vendor -> DrFirst -> Pharmacy chain -> Pharmacy

*******

A pharmacy could sign up with two networks, but in practice they normally don't. Perhaps with Emdion in the mix this will become more common. All the pharmacy or chain would need is software that can watch for messages from either network, which picks up a field noting the source of the transaction, then returns status messages and renewal requests through the same channel. At least that would minimize any possible confusion.

HIGHLY CONFIDENTIAL



DRFIRST00035258
PX1616-001

DrFirst can already handle this multi-network requirement with regard to payer-side transactions (eligibility, medhx), and we can also handle it on the pharmacy side. We were doing this with RxHub and SS when they were both taking scripts.

*******

Yes, patient eligibility can come from more than one source. We handle this by sending an eligibility inquiry to every source we know (including our internally hosted sources), then compiling the returns. It could happen like this:

Joe Smith is an impoverished pipefitter who is married to a woman who works full-time for the Montgomery county schools.

Joe is covered by Medicaid through Americaid's managed Medicaid plan which is hosted by Surescripts.
Joe is also covered by the pipefitter's union plan administered through BCBSMI which is hosted on their instance of the DrFirst payer engine.
Joe is also covered by his wife's plan with the school district which is administered through Wellmark and hosted by DrFirst.

We would retrieve all these eligibilities and use them for subsequent processing.

Cam

---

**From:** Edward Lee
**Sent:** Wednesday, April 07, 2010 4:00 PM
**To:** Cam Deemer
**Subject:** question on pharmacy system - SS amendment

Cam:
Please help me understand more on the pharmacy routing.

Could there be a pharmacy (particularly the smaller vendors) that signs up with 2 gateway network (Surescripts, ERX, Emdien)? My assumption is not as there would be a big problem with how to route the script?

However, it is possible that patient eligibility can be provided by more than 1 source?

Ed


Edward c. Lee
DrFirst, Chief Operating Officer
(301) 231-9510, ext 2678
(301) 610-7543 (Fax)

HIGHLY CONFIDENTIAL

DRFIRST00035259
PX1616-002