# Exhibit 91

Page 1

1              STEVE WUBKER - CONFIDENTIAL

2          IN THE UNITED STATES DISTRICT COURT

3            FOR THE DISTRICT OF COLUMBIA

4            Civil Action No. 1:19-cv-01080

5   -------------------------------------x
    FEDERAL TRADE COMMISSION,
6
                    Plaintiff,
7
8                   vs.

9   SURESCRIPTS, LLC,

10                  Defendant.

11  -------------------------------------x

12

13

14                  CONFIDENTIAL

15     VIDEOTAPED DEPOSITION OF STEVE WUBKER

16             taken remotely via ZOOM

17               Orlando, Florida

18            Thursday, April 15, 2021

19

20  REPORTED BY:
                BOBBIE ZELTMAN
21              Professional Realtime Court Reporter
                and Notary for New York and Florida
22              Located in Fort Lauderdale, Florida

23

24  Job Number  191950

25

1          STEVE WUBKER - CONFIDENTIAL

2              But they would use typically a

3      handheld device.  Instead of writing out a

4      prescription, they would send it

5      electronically to us as a pharmacy vendor.

6          Q     You write a few sentences later --

7      what did you mean by "Most vendors are

8      locked into an exclusive contract with

9      Surescripts"?

10         A     When you signed on with

11     Surescripts, their preference was to have an

12     exclusive clause in that contract at an XXX

13     rate so that you're committed to sending all

14     of your volume and traffic through

15     Surescripts.

16         Q     Why was that a problem for CenterX

17     and WENO?

18             MR. WALCZAK:  Object to the

19         form. Calls for speculation.

20         A     You want me to answer?

21  BY MR. MATHESON:

22         Q     Please, sir.  If you need the

23     question read to you, please let me know.

24         A     Yeah, if you wouldn't mind

25     repeating that, actually.

```
 1              STEVE WUBKER - CONFIDENTIAL

 2         Q    Sure.

 3              Why was the fact that most vendors

 4    were locked into an exclusive contract with

 5    Surescripts a problem for CenterX and WENO?

 6              MR. WALCZAK:  Objection.

 7         A    It means they would have to violate

 8    their agreement if they were going to route

 9    traffic to somebody else.

10    BY MR. MATHESON:

11         Q    When you say "they," are you

12    referring to the vendors?

13         A    Yes, me or my competitors that were

14    in an exclusive contract.

15         Q    You continue in your e-mail, "I've

16    done one good thing and that is that I'm one

17    of the few that will not be exclusive come

18    November.  It is going to cost me, but I'd

19    rather have the freedom to leave."

20         A    Yes.

21         Q    What did you mean that "it is going

22    to cost me"?

23         A    So there was a -- basically, two

24    different rates that Surescripts would

25    offer, and I probably need to clarify that
```

```
 1          STEVE WUBKER - CONFIDENTIAL
 2    RelayHealth role in this, but if you agree
 3    to an exclusive agreement to send
 4    100 percent of your traffic, you would get a
 5    lower rate versus someone like me, it was
 6    asking for a non-exclusive, I had to pay a
 7    higher rate to go non-exclusive.
 8       Q    Why was it worth it for TDS to pay
 9    a higher rate to be non-exclusive at this
10    time?
11       A    Well, CenterX and WENO for example
12    were making a push and presenting to groups
13    that I was involved in that they were going
14    to be a solution that would be able to
15    charge far, far less to us as a vendor, so
16    that was very intriguing to me and a lot of
17    other vendors -- well, that would be
18    speculation -- but it was all about the
19    saving the customer fees for e-prescribing,
20    and that they offered up a very intriguing
21    alternative should they get off the ground
22    to make that work.
23       Q    Why would it benefit TDS' customers
24    if TDS had been able to obtain lower
25    e-prescribing rates from --
```

Confidential

```
 1              STEVE WUBKER - CONFIDENTIAL

 2         A     I would have passed that on to my

 3      customers.

 4              MR. WALCZAK:  I object.  Calls

 5        for speculation.

 6              Please give me a moment to object.

 7              THE WITNESS:  I'm sorry.

 8    BY MR. MATHESON:

 9         Q     You continue, "Once that happens, I

10      will try to ship prescriptions to one of

11      these and Emdeon."

12              Do you see that, sir?

13         A     Yes.

14         Q     Did Emdeon at this time offer

15      e-prescribing connections to pharmacies?

16         A     I don't recall at that time if they

17      did or not.

18              They did later on.  I'm just not

19      clear on the dates or year that that became

20      an option.

21         Q     For what reason did you intend to

22      ship prescriptions to Center RX, WENO and

23      Emdeon?

24         A     Purely cost.

25         Q     You continue, "Surescripts is a
```

Confidential

1        STEVE WUBKER - CONFIDENTIAL

2    total monopoly and it's acting like a total

3    monopoly."

4            What did you mean by "Surescripts

5    is a monopoly"?

6    A     In my estimation, there was no

7    alternative to move anywhere else.

8            If I was going to do e-prescribing,

9    it had to be through Surescripts because of

10   the contracts in place and the exclusivity

11   in place on both ends of the spectrum.

12   Q     In what way was Surescripts acting

13   like a total monopoly?

14           MR. WALCZAK:  Objection.  Calls

15      for legal conclusion.

16   A     Well, it would be my opinion of a

17   monopoly, but if I was going to stay a

18   viable vendor and participate in

19   e-prescribing for my 4500 pharmacies, I had

20   to use Surescripts or I would not be able to

21   participate in e-prescribing.

22           And not participating in

23   e-prescribing would have been very, very

24   detrimental to my business.

25

Confidential

```
 1              STEVE WUBKER - CONFIDENTIAL
 2   BY MR. MATHESON:
 3        Q     You mentioned exclusivity on both
 4   sides.
 5              What do you mean?
 6        A     On the physician side and on the
 7   pharmacy software vendor side.
 8        Q     With respect to exclusivity on the
 9   physician side, did that refer to incentives
10   Surescripts provided to physicians to route
11   transactions exclusively on the Surescripts
12   network?
13              MR. WALCZAK:  Objection.
14              THE REPORTER:  Wait.  Wait.
15        When Ken objects, there's a lot of
16        feedback.
17              (Tech discussion not transcribed
18        herein.)
19              THE VIDEOGRAPHER:  Can we go
20        off record?
21              MR. MATHESON:  We can go off
22        record to address this.
23              THE VIDEOGRAPHER:  We're going
24        off the record.  The time 11:14.
25                      (Pause.)
```

Page 58

1          STEVE WUBKER - CONFIDENTIAL

2    the e-mail --

3      A     He did, by the way, replaced

4    Joyce Roehner, so that's why his contact

5    changed.

6      Q     Directing our attention to the

7    e-mail that he wrote to you on Monday,

8    October 1, 2012 that appears on the first

9    page of PX 1552.

10     A     Okay.

11     Q     Do you see that e-mail, sir?

12           He writes to you, "It is my

13   understanding that you chose to be

14   non-exclusive with Surescripts effective

15   November 2012.  As such, we will draft an

16   amendment with the non-exclusive pricing of

17   15.88 cents per transaction and get that to

18   you so that non-exclusive goes into effect."

19           Do you see that, sir?

20     A     Yes, sir.

21     Q     Next to the Arabic numeral 2, is it

22   fair to say that Mr. Tremblay offered to

23   discount TDS' rate to 14.4 cents per

24   transaction and made that retroactive back

25   to January 1, 2012 if TDS were to remain

```
 1              STEVE WUBKER - CONFIDENTIAL
 2              So I could have been the least
 3       expensive option in the industry by being
 4       non-exclusive and I'll bring that advantage
 5       to my stores.
 6              MR. MATHESON:  We're going to
 7        put up PX 1543 in the Chat, sir.
 8             (PX Exhibit 1543, Bates
 9        Number RH_CIV_00031911, was marked
10        for Identification.)
11  BY MR. MATHESON:
12       Q     Please let me know when you've had
13       an opportunity to look at that.
14       A     Okay.
15       Q     What is this document, sir?
16       A     This would be an Amendment added
17       for e-prescribing to my original RelayHealth
18       agreement.
19             MR. MATHESON:  For the record,
20        this document bears Bates
21        Number RH_CIV_00031911.
22  BY MR. MATHESON:
23       Q     Turn your attention to Arabic
24       numeral 2, which indicates, "The parties
25       agree to amend the pricing for e-prescribing
```

```
1              STEVE WUBKER - CONFIDENTIAL
2        to 15.88 cents per transaction."
3              There's an asterisk that says,
4        "e-prescribing fees are based on
5        subscribers' non-exclusive use
6        of RelayHealth's e-prescribing service."
7              Do you see that, sir?
8        A     Yes.
9        Q     Is this the contract in which TDS
10       agreed to pay a higher price to use
11       Surescripts' network and TDS could have paid
12       if it had agreed to exclusivity to
13       Surescripts?
14       A     Yes.
15             MR. MATHESON:  I'm going to
16        post PX 1567 in the Chat.
17             (PX Exhibit 1567, Bates
18        Number TDS-01762 through TDS-01764,
19        was marked for Identification.)
20   BY MR. MATHESON:
21       Q     Please take a look at that, sir.
22        And take whatever time you need.
23             MR. MATHESON:  For the record,
24        PX 1567 bears Bates Number TDS-01762
25        through 1764.
```

1           STEVE WUBKER - CONFIDENTIAL

2      Q     You continue, "The problem most

3    vendors have is that Surescripts has them

4    locked into exclusivity contracts both on

5    the physician and pharmacy side.  I am one

6    of the few vendors with a non-exclusive."

7           Do you see that, sir?

8      A     Yes.

9      Q     Did TDS' status as one of the few

10   pharmacy technology vendors with a

11   non-exclusive arrangement at Surescripts

12   result in TDS being able to partner with

13   Surescripts' competitors in 2013?

14     A     Yes, that was my whole intent.

15     Q     The next e-mail moving forward in

16   time is sent by Dan Strause to yourself, and

17   then you reply to Mr. Strause in an e-mail

18   that appears in the bottom of the first page

19   of PX 1567 sent on November 12, 2013 in

20   which you write, "Hi, Dan.  Emdeon

21   is contractually forbidden by all vendors to

22   go direct."

23           Do you see that, sir?

24     A     Yes.

25     Q     Do you know what you meant by

```
 1            STEVE WUBKER - CONFIDENTIAL
 2    between them, and going direct to
 3    Surescripts would have caused us somewhat of
 4    a headache to connect and get everything up
 5    and going.  So if I remember right, I
 6    communicated with RelayHealth right away
 7    saying, What is this?  And I expect you to
 8    match this rate.
 9       Q    Did they?
10       A    I think they ultimately did, but --
11    and I'm a little vague on my memory here,
12    but I think it was also tied to the regular
13    switching rates as well.
14            So they were, towards the end --
15    and I think this was towards the end of the
16    last time I negotiated with this -- they
17    were kind of bundling switching with
18    e-prescribing rates from RelayHealth.
19       Q    So did Rx30 ultimately agree to
20    route all of its transactions for
21    e-prescribing through the Surescripts'
22    network via RelayHealth?
23       A    Correct.
24       Q    On behalf of Rx30, why were you
25    willing to agree to exclusivity in 2015 when
```

1            STEVE WUBKER - CONFIDENTIAL

2       you insisted on non-exclusivity in 2012?

3       What changed in between?

4            A     No likely competitors coming along

5       that would be giving me a viable option, so

6       all I was doing is paying more for being

7       stubborn.

8                 MR. WALCZAK:  I would like to

9            ask Eric to take our Tab 7 and mark

10           it as Exhibit 5.

11                THE WITNESS:  Tab 7 you said?

12                MR. WALCZAK:  Yeah.

13                MR. WALCZAK:  I'll represent

14           for the record that this has Bates

15           Numbers TDS-04709 through TDS-04710.

16                (Wubker Exhibit 5, Bates

17           Numbers TDS-04709 through

18           TDS-04710, was marked for

19           Identification.)

20    BY MR. WALCZAK:

21           Q     Mr. Wubker, is this an e-mail from

22      yourself to Kathy Mathias at RelayHealth

23      dated May 6, 2015?

24           A     Yes.

25           Q     Who is Kathy Mathias?

1          STEVE WUBKER - CONFIDENTIAL

2     A     No.

3     Q     If I use "multihoming" to mean

4  simultaneously using more than one network

5  for e-prescription routing, will you

6  understand what that term means?

7     A     Yes.

8     Q     So did Rx30, when you were its

9  president and CEO, ever multihome for

10 e-prescription routing?

11    A     The only vehicle would have been in

12 this e-mail thread of the health center to

13 keep so that I wasn't 100 percent exclusive

14 yet.  And that's, again, where I was trying

15 to figure out where that was coming from as

16 well.

17          But no, we never certified or were

18 set up to work with another e-prescribing

19 entity during my time there.

20    Q     Is that because there are

21 disadvantages to using two different

22 networks at the same time for e-prescription

23 routing?

24    A     There could be, and it would be --

25 well, the exclusivity issue again with

1          STEVE WUBKER - CONFIDENTIAL

2    non-exclusive rate, so I would have

3    immediately paid that extra if anything

4    happened or whatever it is by being

5    non-exclusive and having a second switch

6    company -- or e-prescribing company.

7          But the fear was always that what

8    would Surescripts do if I started using

9    somebody else and shipped 50 percent of my

10   traffic somewhere else.  The potential is

11   there that Surescripts could say, We're

12   going to cut him off.  No, there was never a

13   threat made to me, nothing like that, so

14   that's speculation.  But it was not a risk I

15   could take as a vendor because that would

16   have drove me like right out of business.

17      Q    Are there additional costs

18   associated with becoming certified on two

19   different networks?

20      A    Just the cost of programmer time

21   and manpower, but otherwise I don't think

22   so.

23      Q    How much programmer time and

24   manpower does it take it become certified on

25   a new network?

```
 1            STEVE WUBKER - CONFIDENTIAL

 2                 C E R T I F I C A T E

 3   STATE OF FLORIDA    )
                                : ss.
 4   COUNTY OF BROWARD   )

 5            I, BARBARA R. ZELTMAN, a Professional
         Realtime Court Reporter and Notary Public,
 6       within and for the State of Florida, do
         hereby certify:
 7            That STEVE WUBKER, the witness

 8       whose deposition is hereinbefore set

 9       forth, was duly sworn by me remotely and

10       that such transcript is a true record of

11       the testimony given by the witness, in

12       light of technical, audio and virtual

13       limitations, disruptions and

14       difficulties.

15            I further certify that I am not

16       related to any of the parties to this

17       action by blood or marriage, and that I

18       am in no way interested in the outcome of

19       this matter.

20            IN WITNESS WHEREOF, I have hereunto

21       set my hand this 20th day of April, 2021.

22

23       _____
         BARBARA R. ZELTMAN
24       Professional Realtime Reporter
         and Notary Public
25       COMM NO. GG 132922
         EXP:  August 9, 2021
```