# Exhibit 113

**(REDACTED)**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Case No. 1:19-cv-01080(JBD)

____________________________________

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

SURESCRIPTS, LLC,

Defendant.

____________________________________

REMOTE VIDEOCONFERENCED AND

VIDEOTAPED DEPOSITION OF

NEXTGEN PMQ

EUGENE DuAIME

*CONFIDENTIAL*

DATE TAKEN: FEBRUARY 24, 2021
REPORTED BY: PAUL J. FREDERICKSON, CSR
JOB NO. 4468737

Surescripts; is that correct? 14:09:47
A. Yes. 14:09:47
Q. Did NextGen receive incentives from Surescripts from 2010 to present? 14:09:49 14:09:51
A. Yes. 14:09:51
Q. During this time did NextGen use Surescripts exclusively for routing and for eligibility transactions? 14:09:59 14:10:02 14:10:05
A. Yes, it did. 14:10:08
[redacted]

[redacted]

Q. I'm going to turn your attention 14:11:07
to Exhibit 6. 14:11:33
A. Okay. 14:11:49
Q. Exhibit 6 includes the amendment 14:11:54
to the 2005 master agreement with an 14:11:57
effective date of January 1, 2018 that 14:12:00
Surescripts sent NextGen December of 2017; 14:12:04
correct? 14:12:10
A. I wouldn't call it an amendment, 14:12:11
but it has Exhibit One that was added to the 14:12:14
agreement, yes. 14:12:20
Q. Can you turn to page 2 of this 14:12:30
exhibit and go to section 1.4 where it says: 14:12:33
"Termination of Aggregator's 14:12:36
Participation by Surescripts." 14:12:38
A. Okay. 14:12:39
Q. Do you see the last sentence 14:12:45
that starts with: 14:12:46
"Upon such..."? 14:12:47
A. Yes. 14:12:49

Witness my hand this 27th day of February 2021.

PAUL J. FREDERICKSON, CSR

CA CSR 13164

Expiration date January 31, 2022