# Exhibit 154
# (REDACTED)

```
 1                UNITED STATES DISTRICT COURT
 2                         for the
 3                   District of Columbia
 4
 5    Federal Trade Commission,
 6                 Plaintiff,
 7         vs.                           Civil Action No.
                                         1:19-cv-01080 (JBD)
 8    Surescripts, LLC,
 9                 Defendant.
      _____/
10
11
12                   -- HIGHLY CONFIDENTIAL --
13
      FEDERAL RULES OF CIVIL PROCEDURE 30(b)(1) AND 30(b)(6)
14
              VIDEO-RECORDED DEPOSITION OF CARL DVORAK
15
                      REMOTE ZOOM PROCEEDING
16
                        Verona, Wisconsin
17
                    Tuesday, March 23, 2021
18
19
20
21
22
23    REPORTED BY:
24    LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25    Pages 1 - 316                            Job No. 4511194

                                                       Page 1
```

1   Alliance advisory council?

2       A.   I do not know, but I wouldn't be surprised if we

3   were.  I don't know is the answer.

4       Q.   Where is Epic headquartered?

5       A.   Verona, Wisconsin.                                   10:59:36

6       Q.   And what is Epic's business?  What does Epic do?

7       A.   We do software for the healthcare industry that

8   encompasses -- health records is a significant part of

9   what we do, but also most of the administrative

10  functions, including functions for patients' direct       10:59:51

11  access and use of their information and interaction with

12  the healthcare system.

13      We also do some work with the payor industry for

14  managing healthcare enrollment eligibility claims and

15  connecting for purposes of smoothing the financial        11:00:07

16  transactions between payors and providers and

17  authorizations and such.

18      We do this in about 13 or 15 countries.  So we

19  also do similar work overseas, and it's largely the same

20  body of work.  Maybe minus a few pieces that don't apply. 11:00:30

21      Q.   Who are Epic's customers?

22      A.   Typically healthcare integrated delivery

23  networks.  That's the lion's share of our customers.

24  Sometimes they're governmental in nature, where the

25  government, possibly in Finland or Denmark, has a role in 11:00:48

Page 23

```
 1   running the healthcare system.
 2           We serve a small number of payors, although
 3   they're large today.  They're a newer customer segment
 4   for us.
 5           And then smaller practices we serve, but       11:00:59
 6   typically through a program where they connect in through
 7   the larger local healthcare affiliates that they share
 8   patients with.
 9       Q.  When you say "integrated delivery networks,"
10   what do you mean?                                      11:01:13
11       A.  A healthcare organization that typically has
12   primary care, specialty care, some emergency care and
13   hospital care.  That's the lion's share of our customers.
14   We have a few that are ambulatory care only and a few
15   that are hospital care only.  But our software suite   11:01:28
16   really is targeted to meet the needs of those
17   organizations to provide those multiple facets of
18   healthcare.
19       Q.  Do you use the term "IDNs" to refer to those
20   entities?                                              11:01:42
21       A.  Commonly, yes.
22       Q.  Is Epic always focused on IDNs as customers?
23       A.  No.  Our -- you know, there's always the
24   founding years where you try to figure out what to do,
25   but our earliest electronic health records were at about  11:01:59
```

Page 24

```
 1         Q.   BY MR. WALCZAK:  Does Epic's EHR product allow

 2    its prescribers to conduct e-Prescription routing

 3    transactions?

 4         A.   Yes.

 5         Q.   Sorry, I think I already asked that.              11:21:52

 6              We established that some but not all Epic

 7    prescribers connect to the Surescripts network; correct?

 8              MR. FEE:  Objection to form.

 9         Q.   BY MR. WALCZAK:  Sorry, I didn't hear your

10    answer.                                                    11:22:17

11              MR. FEE:  You can answer.

12              THE WITNESS:  Oh, in the United States, yes.

13         Q.   BY MR. WALCZAK:  And Epic has its own contracts

14    with Surescripts?

15         A.   We have agreements with Surescripts.  Customers  11:22:27

16    typically have an agreement, though, that covers the

17    active e-Prescribing -- or actions of e-Prescribing.

18    There's more than just one, but...

19         Q.   Why does Epic choose to connect each of its

20    prescribers directly to a network instead of the           11:22:59

21    aggregator model you described?

22              MR. FEE:  I'm going to object to the form of

23    that question.

24              Go ahead.

25              THE WITNESS:  That's a very long answer.         11:23:10
```

Page 40

| | | |
|---|---|---|
| 1 | Q.  BY MR. WALCZAK: As succinctly as possible. | |
| 2 | A.  I think it largely comes down to two or three | |
| 3 | elements of business philosophy and practices. | |
| 4 | We have long tried to focus on that which we do | |
| 5 | and to not get too deeply involved in what optional or | 11:23:32 |
| 6 | necessary third parties do. | |
| 7 | So we'll tend to -- to not force a customer | |
| 8 | through a designated third party.  Many EHRs would choose | |
| 9 | a third party and then sell a bundled package, and they | |
| 10 | would take a fee from the third party, like a reseller | 11:23:51 |
| 11 | fee or something like that. | |
| 12 | In our early formation, our customers were | |
| 13 | typically very large and prestigious integrated delivery | |
| 14 | networks.  And what we realized early on is they already | |
| 15 | had third-party relationships.  They were working with | 11:24:07 |
| 16 | organizations, and many times well beyond what we were | |
| 17 | able to do. | |
| 18 | So our software tended to focus on what we did, | |
| 19 | the elements that we automated.  And then where there | |
| 20 | were third parties that had a role to play, maybe an | 11:24:18 |
| 21 | inventory management system, maybe an HR personnel | |
| 22 | management system, maybe a claims clearinghouse or | |
| 23 | something like that, we would build adaptors, more or | |
| 24 | less, such that you could plug in a third party that the | |
| 25 | customer chose. | 11:24:35 |

Veritext Legal Solutions
866 299-5127

1          And our customers are very detail oriented when

2    it comes to contracting, so we tend to focus on contracts

3    for the things that matter to us, and the third parties

4    and the customers can forge their own relationships or

5    use relationships they often already had in place.        11:24:52

6          So we tended to stay out of bundling third

7    parties.  We tended to stay out of the funds flow of

8    third parties.  Obviously e-Prescribing turned out

9    differently because of the incentives and the federal

10   incentives that became part of that process.             11:25:07

11         But by and large, we stay out of the customer

12   chosen third parties.  And then it has the business

13   benefits of if the third party doesn't work, that's not

14   on us.  We didn't sell it to you, we didn't resell it to

15   you, so it's not our neck on the chopping block.  Some   11:25:21

16   customers would argue they want one throat to choke.

17   We'd say no, no, no, you can choke us where it's

18   appropriate, but third parties you demand or pick or

19   select, that's with you.

20         And then secondly, we believe that it reduced      11:25:34

21   our corporate liability, that anything that you're

22   involved in the funds flow of or take a reseller fee for,

23   that you're more likely to be uninvolved in the

24   proceeding if somebody claims disruption, patient harm or

25   lack of fulfillment.                                     11:25:50

| | | |
|---|---|---|
| 1 | So as a business philosophy, we tended to, and | |
| 2 | still tend to this day, have third parties, where | |
| 3 | practical, contract directly with our customers.  We give | |
| 4 | them a third-party checklist, we identify up front all | |
| 5 | the third parties they might want to consider and how to | 11:26:05 |
| 6 | initiate contact, and we'll facilitate that a little bit. | |
| 7 | But we don't want to be part of endless legal contracting | |
| 8 | through the wide variety of third parties a customer | |
| 9 | might work with. | |
| 10 | So we're just different that way.  Others would | 11:26:19 |
| 11 | take it inhouse and make money off of it.  We said we'll | |
| 12 | let the money go, we'll make money doing our thing.  But | |
| 13 | in not making that little bit of extra money, we can | |
| 14 | avoid a lot of headache and heartbreak. | |
| 15 | Q.   In the documents, I've seen the phrase "vendor | 11:26:37 |
| 16 | neutral."  Is another way of describing what you just | |
| 17 | said, that Epic is vendor neutral when it comes to those | |
| 18 | third parties? | |
| 19 | A.   Yes. | |
| 20 | Q.   And you said that each Epic prescriber chooses | 11:26:44 |
| 21 | its own designated e-Prescriber network? | |
| 22 | A.   Yes. | |
| 23 | Q.   And is Epic vendor neutral as to the choice of a | |
| 24 | designated e-Prescribing network? | |
| 25 | A.   Yes. | 11:27:01 |



Page 185



Page 186



Page 211

HIGHLY CONFIDENTIAL



Page 212

```
1    STATE OF CALIFORNIA    ) ss:
2    COUNTY OF MARIN        )
3
4         I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do
5    hereby certify:
6         That the foregoing deposition testimony was
7    taken before me at the time and place therein set forth
8    and at which time the witness was administered the oath;
9         That testimony of the witness and all objections
10   made by counsel at the time of the examination were
11   recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16        I further certify that I am neither counsel for
17   any party to said action, nor am I related to any party
18   to said action, nor am I in any way interested in the
19   outcome thereof.
20        IN WITNESS WHEREOF, I have subscribed my name
21   this 25th day of March, 2021.
22
23
24   [signature]
25   LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```