# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br><br>                    Plaintiff,<br><br>        v.<br><br>**SURESCRIPTS, LLC**<br><br>                    Defendant. | Case No.: 1:19-cv-01080<br><br>Judge John D. Bates |

## SURESCRIPTS, LLC'S INDEX OF EXHIBITS

| EX # | Title | Bates | Date | Short Cite |
|---|---|---|---|---|
| 1 | Keith Russell Deposition Transcript (Excerpts) | | 1/13/2021 | Keith (Surescripts) Dep. |
| 2 | Margaux Currie (Thomas) Deposition Transcript (Excerpts) | | 2/5/2021 | Currie (Surescripts) Dep. |
| 3 | Gregory W. Hansen Deposition Transcript (Excerpts) | | 2/17/2021 | Hansen (Surescripts) Dep. |
| 4 | CVS Caremark, Express Scripts, Medco Health Solutions Join with U.S. Chain and Independent Pharmacies to Accelerate Transition from Paper-Based to Paperless Prescribing | | 7/1/2008 | |
| 5 | Harry Totonis Deposition Transcript (Excerpts) | | 4/1/2021 | Totonis (Surescripts) Dep. |
| 6 | National Progress Report on E-Prescribing | Surescripts_01549710-Surescripts_01549721 | Dec-07 | 2007 National Progress Report |
| 7 | Eric Lefkowitz Deposition Transcript (Excerpts) | | 2/11/2021 | Lefkowitz (MedImpact) Dep. |
| 8 | David Evans Deposition Transcript (Excerpts) | | 1/11/2022 | Evans Dep. |
| 9 | INTENTIONALLY LEFT BLANK | | | |
| 10 | INTENTIONALLY LEFT BLANK | | | |
| 11 | Expert Report of Dr. Thomas R. McCarthy (Excerpts) | | 10/29/2021 | McCarthy Rep. |
| 12 | Digital Health, *New alliance could be US e-prescribing's cup of tea* | | 8/16/2004 | |
| 13 | Electronic Prescribing: Hearing Before the Subcommittee on Health | | 7/22/2004 | |
| 14 | Expert Report of David S. Evans (Excerpts) | | 7/30/2021 | Evans Rep. |
| 15 | Email from Mary Martin to Physician Alliances, et al. re: | Surescripts_00351177-Surescripts_00351179 | 2/11/2010 | Martin (Surescripts) |

| EX # | Title | Bates | Date | Short Cite |
|---|---|---|---|---|
|  | Initial list of Vendors for Reserve Amendment 2/9 |  |  | Dep. Ex. PX52 |
| 16 | Minutes of the Meeting of the Board of Directors of Surescripts, LLC | Surescripts_00379800-Surescripts_00379802 | 10/14/2009 | Uhrig (Surescripts) Dep. Ex. PX1115 |
| 17 | James Murray Deposition Transcript (Excerpts) |  | 4/29/2021 | Murray (CVS) Dep. |
| 18 | Deedrea Grein Deposition Transcript (Excerpts) |  | 4/26/2021 | Grein (Optum) Dep. |
| 19 | Eugene DuAime Deposition Transcript (Excerpts) |  | 2/24/2021 | DuAime (NextGen 30(b)(6)) Dep. |
| 20 | Catherine Murphy Deposition Transcript (Excerpts) |  | 1/8/2021 | Murphy (Surescripts) Dep. |
| 21 | David Yakimischak Deposition Transcript (Excerpts) |  | 1/6/2021 | Yakimischak (Surescripts) Dep. |
| 22 | Email from Greg Hansen to Faisal Mushtaq re: Surescripts next steps | Surescripts_00184956 |  | PX1601 |
| 23 | Glenn Cameron Deemer Deposition Transcript (Excerpts) |  | 4/27/2001 | Deemer (DrFirst) Dep. |
| 24 | Carl Dvorak Deposition Transcript (Excerpts) |  | 3/23/2021 | Dvorak (Epic) Dep. |
| 25 | Email from Daniel Miller to W Riden re: Surescripts date requested | Rite Aid_0000564 |  | Miller (Rite Aid) Dep., PX1506 |
| 26 | Jon Arends Deposition Transcript (Excerpts) |  | 1/21/2021 | Arends (Walgreens 30(b)(6)) Dep. |
| 27 | Email from Kate Etscorn to Dennis Bird re: Surescripts - Pharmacy Aggregator Master Agreement | KROGER ERX CID 0050819-KROGER ERX CID 0050879 | 7/22/2013 | Bird (Kroger) Dep. Ex. PX1491 |
| 28 | Michael Suslak Deposition Transcript (Excerpts) |  | 12/3/2020 | Suslak (eCW) Dep. |
| 29 | Lawrence Susnow, M.D. Deposition Transcript (Excerpts) |  | 3/31/2021 | Susnow (NewCrop) Dep. |

| EX # | Title | Bates | Date | Short Cite |
|---|---|---|---|---|
| 30 | Steve Wubker Deposition Transcript (Excerpts) | | 4/15/2021 | Wubker (TDS/Rx30) Dep. |
| 31 | Amendment No. 2 to the Prescriber Aggregator Master Agreement and Amendment No. 1 to the Technology Vendor Agreement between SureScripts, LLC and eClinicalWorks, LLC | Surescripts_00672562-Surescripts_00672567 | 4/14/2010 | Suslak Dep. Ex. 4 |
| 32 | Notice of Change to Surescripts Reserve Program | ATHENA00002661-ATHENA00002673 | 12/21/2017 | |
| 33 | Amendment No. 2 to the Prescriber Aggregator Master Agreement and Amendment No. 2 to the Prescriber Aggregator Master Agreement between Surescripts, LLC and Practice Fusion, Inc. | Surescripts_00368201-Surescripts_00368206 | 1/29/2015 | |
| 34 | Amendment #1 to that Certain Technology Vendor Agreement By and Between Allscripts, LLC and Surescripts, LLC | Surescripts_00001355-Surescripts_00001373 | 5/31/2010 | Helm (Allscripts) Dep. Ex.4 |
| 35 | Email from Faisal Mushtaq to Jill Helm re: Some recommendations on our response to SS term sheet | ALLSCRIPTS-DDC-0144938 | 5/5/2014 | Mushtaq (Allscripts) Dep. Ex. 2 |
| 36 | Email from Jill Helm to Faisal Mushtaq, et al. re: Surescripts meeting | AHS-FTC-CID0095111-AHS-FTC-CID0095112 | 4/21/2014 | Helm (Allscripts) Dep. Ex.7 |
| 37 | Email from Lathe Bigler to Neil de Crescenzo, et al. re: Allscripts Deck | CHC_CID-024547-CHC_CID-024548-0030 | 4/22/2014 | PX173 |
| 38 | Lathe Bigler Deposition Transcript (Excerpts) | | 2/19/2021 | Bigler (Change Healthcare 30(b)(6)) Dep. |
| 39 | Amendment #3 to that Certain Technology Vendor Agreement By and Between | Surescripts_00672467-Surescripts_00672472 | 1/30/2015 | Mushtaq (Allscripts) Dep. Ex. 4 |

3

| EX # | Title | Bates | Date | Short Cite |
|---|---|---|---|---|
|  | Allscripts, LLC and Surescripts, LLC |  |  |  |
| 40 | Amendment No. 1 to the Pharmacy Aggregator Master Agreement and this Amendment No. 1 to the Pharmacy Aggregator Master Agreement between Surescripts, LLC and CVS Pharmacy, Inc. | Surescripts_00007108-Surescripts_00007113 | 3/4/2010 | Murray (CVS) Dep. Ex. 2 |
| 41 | Fourth Amendment to the Pharmacy Benefit Manager Agreement and this Fourth Amendment to the Surescripts Pharmacy Benefit Manager Agreement between Surescripts, LLC and RxHub, LLC | Surescripts_01717895-Surescripts_01717910 | 1/1/2010 | Murray (CVS) Dep. Ex. 6 |
| 42 | INTENTIONALLY LEFT BLANK |  |  |  |
| 43 | Expert Report of Rosa M. Abrantes-Metz, PHD. (Excerpts) |  | 7/30/2021 | Abrantes-Metz Rep. |
| 44 | Standard Clearinghouse Partner Agreement between Epic Systems Corporation and Surescripts, LLC | Surescripts_02378345-Surescripts_02378360 | 7/13/2012 |  |
| 45 | Second Amendment to Pharmacy Benefit Manager Agreement between OptumRx, Inc. and Surescripts, LLC | ORX-FTC-008849-ORX-FTC-008862 | 3/9/2020 | Grein (Optum) Dep. Ex. 8 |
| 46 | Amendment to the PBM Participating Agreement between CVS and Surescrips | CVS0000540-CVS0000549 | 12/28/2017 |  |
| 47 | Amendment No. 27 to the PBM Participation Agreement between Express Scripts and MedCo and Surescripts | Surescripts_01728935-Surescripts_01728944 | 1/1/2018 |  |
| 48 | William Shinton Deposition Transcript (Excerpts) |  | 1/27/2021 | Shinton (Kroger 30(b)(6)) Dep. |

| EX # | Title | Bates | Date | Short Cite |
|---|---|---|---|---|
| 49 | Dennis Bird Deposition Transcript (Excerpts) | | 4/13/2021 | Bird (Kroger) Dep. |
| 50 | Patricia Ann Yakimo Deposition Transcript (Excerpts) | | 3/16/2021 | Yakimo (Argus/DST) Dep. |
| 51 | Jonathan Bollinger Deposition Transcript (Excerpts) | | 3/17/2021 | Bollinger (Argus/DST) Dep. |
| 52 | Master Medication History Pharmacy Participation Agreement between Surescripts, LLC and Transaction Data Systems, Inc. | Surescripts_00697461-Surescripts_00697466 | 10/4/2010 | |
| 53 | Jo Walker Deposition Transcript (Excerpts) | | 3/18/2021 | Walker (RedSail (30)(b)(6)) Dep. |
| 54 | Amendment No. 1 to the Pharmacy Aggregator Master Agreement between Surescripts, LLC and QS/1 | Surescripts_00693472-Surescripts_00693475 | 2/29/2012 | |
| 55 | Amendment No. 5 to the Pharmacy Aggregator Master Agreement between J M Smith Corporation and Surescripts, LLC | REDSAIL0000012-001-REDSAIL0000012-004 | 8/15/2018 | Walker (RedSail (30)(b)(6)) Dep. Ex. 6. |
| 56 | Declaration of James D. Murray | Surescripts_03122906-Surescripts_03122907 | 1/18/2019 | PX1630 |
| 57 | Daniel Miller Deposition Transcript (Excerpts) | | 4/26/2021 | Miller (Rite Aid) Dep. |
| 58 | UnitedHealth (UNH) to Buy Change Healthcare, Stock Gains | | 1/8/2021 | |
| 59 | Pharmacy Aggregator Master Agreement between eRx Network, LLC and Surescript Systems, Inc. | Surescripts_00002054-Surescripts_00002067 | 10/9/2003 | Brook (Change Healthcare 30(b)(6)) Dep. Ex. 3 |
| 60 | Richard Brook Deposition Transcript (Excerpts) | | 4/30/2021 | Brook (Change Healthcare 30(b)(6)) Dep. |

| EX # | Title | Bates | Date | Short Cite |
|---|---|---|---|---|
| 61 | Email from Kevin Mahoney to Lathe Bigler re: Surescripts Competitive Environment.docx | CHC_CID-037141-CHC_CID-037144 | 2/16/2015 | Bigler Dep. Ex. 6 |
| 62 | Email from Nancy Magida to Max Chan re: Athena FYI - org modification | CHC_CID-014462 | 12/11/2014 | Bigler Dep. Ex. 1 |
| 63 | Email from Peter Wickersham to Lathe Bigler, et al re. Script Routing Strategy Follow-Up | CHC_CID_009674 | | Bigler Dep. Ex. 3 |
| 64 | eRx Network, Script Routing Executive Summary | PDX-CID-0001886-PDX-CID-0001890 | | |
| 65 | Email from Mark Doerr to Neil Simpkins, et al. re ERX Network / Script Routing Business Presentation | PDX-CID-0001884-PDX-CID-0001890 | 5/11/2018 | Brook (Change Healthcare 30(b)(6)) Dep. Ex. 6 |
| 66 | Faisal Mushtaq Deposition Transcript (Excerpts) | | 4/29/2001 | Mushtaq (Allscripts) Dep. |
| 67 | Jill Helm Deposition Transcript (Excerpts) | | 4/7/2021 | Helm (Allscripts) Dep. |
| 68 | Scott Genone Deposition Transcript (Excerpts) | | 2/23/2021 | Genone (RelayHealth) Dep. |
| 69 | Surescripts Media Highlights Q1 2014 | Surescripts_00307261-Surescripts_00307271 | | |
| 70 | PR Newswire, "FDB Launches FDB Vela – A New ePrescribing Network to Delvier Greater Choice and Value" | | 3/15/2022 | |
| 71 | Jason Brasfield Deposition Transcript (Excerpts) | | 3/9/2021 | Brasfield Dep. |
| 72 | Prescriber Connectivity Agreement between Surescripts, LLC and DrFirst.com, Inc. | Surescripts_00384806-Surescripts_00384841 | 7/28/2014 | Deemer Dep. Ex. 1 |
| 73 | Rosa Abrantes-Metz, Ph. D. Deposition Transcript (Excerpts) | | 1/24/2022 | Abrantes-Metz Dep. |
| 74 | Julia Adler-Milstein Deposition Transcript (Excerpts) | | 1/14/2022 | Adler-Milstein Dep. |

| EX # | Title | Bates | Date | Short Cite |
|---|---|---|---|---|
| 75 | 2019 National Progress Report on E-Prescribing | | Mar-20 | 2019 National Progress Report |
| 76 | Rebuttal Expert Report of Dr. David S. Evans (Excerpts) | | 12/3/2021 | Evans Rebuttal Rep. |