# EXHIBIT 19

## REDACTED VERSION OF DOCUMENT FILED UNDER SEAL

CONFIDENTIAL

1           UNITED STATES DISTRICT COURT
2               DISTRICT OF COLUMBIA
3

    Case No. 1:19-cv-01080(JBD)
4   _____
5   FEDERAL TRADE COMMISSION,
6                       Plaintiff,
7           v.
8   SURESCRIPTS, LLC,
9                       Defendant.
    _____
10
11
12
13

          REMOTE VIDEOCONFERENCED AND
14
          VIDEOTAPED DEPOSITION OF
15
                NEXTGEN PMQ
16
              EUGENE DuAIME
17
              *CONFIDENTIAL*
18
19
20
21
22
23  DATE TAKEN: FEBRUARY 24, 2021
24  REPORTED BY: PAUL J. FREDERICKSON, CSR
25  JOB NO. 4468737

                                    Page 1

| | | |
|---|---|---|
| 1 | Q.    Let's look back at topic 1 on | 07:58:25 |
| 2 | schedule A, back to the exhibit we've marked | 07:58:28 |
| 3 | as Exhibit 1, the page with page 3 at the | 07:58:32 |
| 4 | bottom. | 07:58:34 |
| 5 | Do you see that? | 07:58:34 |
| 6 | A.    Yes. | 07:58:34 |
| 7 | Q.    Why are you the person most | 07:58:39 |
| 8 | knowledgeable about the contractual | 07:58:41 |
| 9 | relationship between Surescripts and NextGen | 07:58:43 |
| 10 | including pricing, incentives and | 07:58:45 |
| 11 | negotiation of terms? | 07:58:46 |
| 12 | A.    So my title is Vice President, | 07:58:49 |
| 13 | Life Science and Strategic Alliances. | 07:58:52 |
| 14 | Surescripts is a strategic partner.  I am | 07:58:56 |
| 15 | responsible for the relationship between | 07:58:59 |
| 16 | NextGen and Surescripts at the C-suite | 07:59:02 |
| 17 | level.  I basically manage that relationship | 07:59:06 |
| 18 | in and amongst all of the functional areas | 07:59:09 |
| 19 | within NextGen. | 07:59:12 |
| 20 | Q.    And we discussed you meeting | 07:59:14 |
| 21 | with counsel and reviewing the ten | 07:59:24 |
| 22 | contractual documents and producing some | 07:59:28 |
| 23 | documents related to incentive payments. | 07:59:30 |
| 24 | Besides those steps did you take any other | 07:59:33 |
| 25 | steps to become the most qualified or most | 07:59:35 |

Page 30

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | knowledgeable witness on this topic? | 07:59:37 |
| 2 | A.    No. | 07:59:42 |
| 3 | Q.    Is there anyone else more | 07:59:54 |
| 4 | qualified -- excuse me.  Start again since I | 07:59:55 |
| 5 | coughed. | 07:59:58 |
| 6 | A.    No. | 07:59:58 |
| 7 | Q.    Is there anyone else more | 07:59:59 |
| 8 | qualified to testify about the contractual | 08:00:00 |
| 9 | relationship between Surescripts and | 08:00:02 |
| 10 | NextGen? | 08:00:05 |
| 11 | A.    No. | 08:00:05 |
| 12 | Q.    Are you the person most | 08:00:14 |
| 13 | knowledgeable about the quality of | 08:00:16 |
| 14 | prescriptions transmitted or received by | 08:00:17 |
| 15 | NextGen? | 08:00:20 |
| 16 | A.    I would say yes.  I am with | 08:00:21 |
| 17 | regards to the CPI program, yes. | 08:00:26 |
| 18 | Q.    Because it's going to come up, | 08:00:32 |
| 19 | can you explain what the CPI program is? | 08:00:33 |
| 20 | A.    Sure.  It's a quality program to | 08:00:36 |
| 21 | deliver quality data within the Rx | 08:00:41 |
| 22 | transactions electronically from the EHR to | 08:00:45 |
| 23 | the pharmacy.  Program because implemented, | 08:00:49 |
| 24 | I think, back in '16.  I forget the exact | 08:00:52 |
| 25 | date, 2016.  The program runs through -- | 08:00:57 |

Page 31

CONFIDENTIAL

```
 1    current program runs through 2022.              08:01:01

 2              There are areas that have been       08:01:08

 3    identified by retail pharmacy that are pain    08:01:09

 4    points for them based on electronic            08:01:13

 5    prescribing.  EHRs were asked to make          08:01:17

 6    improvements in these areas.  That -- those    08:01:20

 7    improvements basically were managed by me      08:01:25

 8    and my team within the organization to help    08:01:31

 9    them understand them and get them completed.   08:01:37

10        Q.    When you say the CPI program was     08:01:44

11    implemented back in 2016, implemented by       08:01:46

12    whom?                                          08:01:48

13        A.    It was implemented by               08:01:51

14    Surescripts.  They had pulled together --      08:01:53

15    and it was probably back in 2015, late         08:01:56

16    2014 -- stakeholders within health care        08:02:01

17    around e-prescribing to understand what the    08:02:03

18    issues were.  So retail pharmacy prescribers   08:02:06

19    themselves as well as EHRs to understand       08:02:12

20    what the issues were around e-prescribing      08:02:17

21    and to come up with a suggested list of        08:02:20

22    targets and opportunities to make              08:02:26

23    improvements in the area of electronic         08:02:29

24    prescribing.                                   08:02:31

25        Q.    Has NextGen participated in that     08:02:33
```

Page 32

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | program since it was implemented? | 08:02:36 |
| 2 | A.    Yes. | 08:02:37 |
| 3 | Q.    Just looking back at topic 4 on | 08:02:45 |
| 4 | the next page of Exhibit 1, why are you the | 08:02:48 |
| 5 | person most knowledgeable about NextGen's | 08:02:53 |
| 6 | attempts to develop or provide an | 08:02:55 |
| 7 | e-prescription network, either on its own or | 08:02:58 |
| 8 | in conjunction with another company? | 08:03:00 |
| 9 | A.    Anything that is related to | 08:03:08 |
| 10 | e-prescribing with a strategic partner | 08:03:09 |
| 11 | outside of NextGen falls under my area of | 08:03:16 |
| 12 | responsibility. | 08:03:20 |
| 13 | Q.    Other than the steps we just | 08:03:22 |
| 14 | discussed, did you take any additional steps | 08:03:24 |
| 15 | to become the person most knowledgeable | 08:03:26 |
| 16 | about that topic? | 08:03:28 |
| 17 | A.    Yes, I engaged organizations | 08:03:31 |
| 18 | that provided services similar to | 08:03:37 |
| 19 | Surescripts to learn their capabilities | 08:03:41 |
| 20 | through presentations with them and meetings | 08:03:47 |
| 21 | with them.  And based on the fact that I've | 08:03:50 |
| 22 | been working in the pharmaceutical industry | 08:03:54 |
| 23 | or came from the pharmaceutical industry to | 08:03:57 |
| 24 | NextGen, it was, I guess, determined by | 08:04:01 |
| 25 | management that this was best suited for me | 08:04:04 |

Page 33

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | to manage and make people -- help people | 08:04:06 |
| 2 | understand within the company, and also to | 08:04:10 |
| 3 | identify opportunities for NextGen with | 08:04:12 |
| 4 | organizations that affect e-prescribing. | 08:04:15 |
| 5 | Q.    Just to clarify, I appreciate | 08:04:21 |
| 6 | that's all work that you've done in your | 08:04:23 |
| 7 | career to become the person most | 08:04:25 |
| 8 | knowledgeable about this topic.  Did you | 08:04:27 |
| 9 | take any additional steps specifically in | 08:04:29 |
| 10 | preparation for this deposition to become | 08:04:30 |
| 11 | the person most knowledgeable about topic 4? | 08:04:32 |
| 12 | A.    No. | 08:04:35 |
| 13 | Q.    And then back to topic 5, | 08:04:39 |
| 14 | NextGen's experience regarding competition | 08:04:41 |
| 15 | for the provision or sale of e-prescription | 08:04:44 |
| 16 | services, why are you the person most | 08:04:47 |
| 17 | knowledgeable about that topic? | 08:04:49 |
| 18 | A.    Again, if it's e-prescribing, we | 08:04:50 |
| 19 | would look at multiple organizations, | 08:04:56 |
| 20 | understand multiple opportunities, and then | 08:05:01 |
| 21 | make the best decision for NextGen.  I -- | 08:05:04 |
| 22 | because it was e-prescribing, it is my | 08:05:08 |
| 23 | responsibility within the company, and I | 08:05:10 |
| 24 | would organize those calls and discussions | 08:05:12 |
| 25 | with the various different functional leads | 08:05:15 |

Page 34

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | that were around e-prescribing within | 08:05:18 |
| 2 | NextGen and organizations that could be | 08:05:20 |
| 3 | looked at as competitive to NextGen for | 08:05:23 |
| 4 | various different services.  I'm sorry, | 08:05:26 |
| 5 | competitive to Surescripts for various | 08:05:29 |
| 6 | different services. | 08:05:31 |
| 7 | Q.    Did you take any additional | 08:05:35 |
| 8 | steps other than the ones we just discussed | 08:05:37 |
| 9 | to prepare for this deposition today on this | 08:05:39 |
| 10 | topic or to become the person most | 08:05:42 |
| 11 | knowledgeable for this deposition? | 08:05:43 |
| 12 | A.    No. | 08:05:46 |
| 13 | Q.    Is there anyone else, whether or | 08:05:46 |
| 14 | not employed by NextGen, who is more | 08:05:56 |
| 15 | qualified than you to testify about | 08:05:59 |
| 16 | NextGen's experience in the three areas we | 08:06:01 |
| 17 | just discussed? | 08:06:03 |
| 18 | A.    No. | 08:06:07 |
| 19 | Q.    Let's talk for just a few | 08:06:11 |
| 20 | moments about your background. | 08:06:13 |
| 21 | How long have you been employed | 08:06:16 |
| 22 | at NextGen? | 08:06:17 |
| 23 | A.    I've been employed since April | 08:06:18 |
| 24 | 2012. | 08:06:20 |
| 25 | Q.    You said your current title is | 08:06:24 |

Page 35

CONFIDENTIAL



```
19        Q.    Let's turn to "Exhibit Eight,"        09:48:17
20   the last page of the document, the Bates        09:48:18
21   number ending -- I'm sorry, it's the last       09:48:24
22   page of the amendment and then there are        09:48:37
23   some other things appended.  So it's the        09:48:39
24   Bates number ending 385594.                     09:48:41
25        A.    594.  Okay.                           09:48:46
```

Page 84

CONFIDENTIAL

```
 1              Okay.                              09:48:53
     ▮      ▮      ████████████            ████████
     ▮   ████████████████████             ████████
     ▮      ▮   ██████████                ████████
     ▮      ▮   ████████████████          ████████
     ▮   ██████████████████████           ████████
     ▮   ████████████████████████████     ████████
     ▮   █████████████                    ████████
     ▮      ▮   ████████████              ████████
     ▮      ▮   ████████████████████      ████████
     ▮      ▮   ██████████                ████████
12        Q.    Are you familiar with        09:49:17
13   Mr. Saitsky?                             09:49:19
14        A.    I am.                         09:49:21
15        Q.    What was his role at NextGen in  09:49:23
16   2010?                                    09:49:26
17        A.    His title is stated:         09:49:29
18              "Vice president - product    09:49:31
19   management."                             09:49:32
20        Q.    Is he still with NextGen?    09:49:33
21        A.    He is.                        09:49:35
22        Q.    What is his role now?        09:49:36
23        A.    He is a vice president within  09:49:39
24   our solutions organization.             09:49:40
     ▮      ▮   █████████████████████       ████████
```

Page 85

CONFIDENTIAL



Page 86

CONFIDENTIAL



Page 87



Page 88

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | off the record, I'll be able to get | 12:14:49 |
| 2 | that, counsel.  That will be on my | 12:14:51 |
| 3 | end. | 12:14:51 |
| 4 | This marks the end of media | 12:14:51 |
| 5 | number 6.  The time is 3:14 p.m.  We | 12:14:53 |
| 6 | are off the record. | 12:14:55 |
| 7 | [Recess at 3:14 p.m. Eastern | 12:15:03 |
| 8 | Standard Time, 12:14 p.m. Pacific | 12:15:08 |
| 9 | Standard Time.] | 12:15:14 |
| 10 | [Resuming at 3:39 p.m. Eastern | 12:15:18 |
| 11 | Standard Time, 12:39 p.m. Pacific | 12:15:18 |
| 12 | Standard Time.] | 12:15:24 |
| 13 | THE VIDEOGRAPHER:  Everyone | 12:15:24 |
| 14 | please stand by. | 12:38:58 |
| 15 | This marks the beginning of | 12:38:59 |
| 16 | media number 7.  The time is 3:39 p.m. | 12:39:02 |
| 17 | We are on the record. | 12:39:05 |
| 18 | MR. WALCZAK:  Thank you. | 12:39:06 |
| 19 | EXAMINATION CONTINUING | 12:39:06 |
| 20 | BY MR. WALCZAK: | 12:39:06 |
| 21 | Q.    Mr. DuAime, welcome back. | 12:39:11 |
| 22 | A.    Thank you. | 12:39:13 |
| 23 | Q.    Are you familiar with the term | 12:39:22 |
| 24 | "multihoming" in the context of electronic | 12:39:23 |
| 25 | prescribing? | 12:39:25 |

Page 164

CONFIDENTIAL

```
 1        A.    No.                              12:39:34

 2        Q.    If I use the term "multihoming"  12:39:34

 3   to mean using two different providers or    12:39:36

 4   networks for sending electronic             12:39:38

 5   prescriptions, will you understand what I   12:39:40

 6   mean?                                       12:39:42

 7        A.    Yes.                             12:39:42

 8        Q.    All right.                       12:39:42

 9              Has NextGen ever done that, used 12:39:44

10   two different providers for routing?        12:39:46

11        A.    No.                              12:39:46

12        Q.    Why not?                         12:39:54

13        A.    How would we -- how would we     12:39:59

14   determine what provider to use?  We would   12:40:04

15   have to also build a second redundant system 12:40:08

16   that really would make no sense.  And based 12:40:15

17   on the amount of technical depth that we    12:40:17

18   have currently, we don't have the resources 12:40:21

19   to do that either.                          12:40:25

20        Q.    Can you elaborate on what you    12:40:28

21   mean by "technical depth"?                  12:40:30

22        A.    Improvements in the system       12:40:35

23   and/or mandated work, government mandated   12:40:36

24   work that has to be done to maintain our -- 12:40:40

25   let's call them accreditations and          12:40:43
```

Page 165

CONFIDENTIAL

```
 1    contractual obligations that we have to        12:40:48
 2    our -- our clients.                            12:40:50
 3         Q.    And so in order to connect to a     12:40:56
 4    second network or provider, NextGen would      12:40:58
 5    have to accrue additional debt on top of       12:41:00
 6    those obligations?  Is that what you're        12:41:03
 7    saying?                                         12:41:04
 8         A.    Yes, that's correct.                12:41:04
 9              MS. HUR:  Objection, form.           12:41:05
10    BY MR. WALCZAK:                                12:41:08
11         Q.    And --                              12:41:08
12         A.    If we were to create a second --    12:41:08
13    if we were to create a second connection or    12:41:10
14    interface to a separate network, it would      12:41:12
15    require technical work to be done which         12:41:15
16    would cost money.                              12:41:18
17         Q.    I remember you mentioning a pipe    12:41:20
18    earlier between an EHR and a network.  Is      12:41:22
19    that what you're talking about here?  Would    12:41:24
20    NextGen have to build a second pipe to a       12:41:27
21    second network?                                12:41:29
22         A.    Yeah, pipe is synonymous with       12:41:30
23    interface.  So yes.                            12:41:33
24         Q.    Same question about multihoming     12:41:38
25    for eligibility.  Has NextGen ever used two    12:41:41
```

Page 166

CONFIDENTIAL

```
 1   providers or networks for eligibility        12:41:43
 2   transactions?                                 12:41:46
 3        A.    No.  Not that I'm aware of.        12:41:49
 4        Q.    Why not?                           12:41:50
 5        A.    Again, it's additional work that   12:41:55
 6   would be required to build, implement, test   12:41:57
 7   and ultimately turn on.  When we have a       12:42:01
 8   system that is working just fine, why do we   12:42:05
 9   need to waste the time and energy to do that  12:42:07
10   when there are far more -- you know, a lot     12:42:09
11   of other things that need to be done from a    12:42:12
12   priority perspective versus that?             12:42:14
13        Q.    When you say "a system that        12:42:17
14   works just fine," is that what you were       12:42:18
15   referring to a minute ago when you said you   12:42:20
16   would have to build a second redundant        12:42:22
17   system to connect to a second network?        12:42:24
18             MS. HUR:  Objection, form.          12:42:24
19        A.    Well, the system that works just   12:42:28
20   fine is the Surescripts network.  Why do I    12:42:29
21   want to create a second connection with a     12:42:32
22   second network when that network is           12:42:34
23   performing perfectly?                         12:42:36
24        Q.    Would connecting to a second       12:42:43
25   network introduce additional complexity for   12:42:48
```

Page 167

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | NextGen's prescribers? | 12:42:51 |
| 2 | MS. HUR:  Objection, calls | 12:42:53 |
| 3 | for -- | 12:42:53 |
| 4 | A.    No. | 12:42:53 |
| 5 | MS. HUR:  -- speculation, lacks | 12:42:55 |
| 6 | foundation. | 12:42:56 |
| 7 | MS. FARKAS:  Join. | 12:42:56 |
| 8 | A.    If we created -- if we created a | 12:42:57 |
| 9 | second network, it would all be behind the | 12:42:59 |
| 10 | scenes.  The prescriber would have no idea | 12:43:03 |
| 11 | what would be happening. | 12:43:07 |
| 12 | MR. WALCZAK:  I'm going to ask | 12:43:08 |
| 13 | Eric to mark our tab 13 as Exhibit 10. | 12:43:14 |
| 14 | MR. LUTTRELL:  Introducing | 12:43:49 |
| 15 | Exhibit 10. | 12:43:50 |
| 16 | [Deposition Exhibit 10 marked | 12:43:50 |
| 17 | for identification.] | 12:43:50 |
| 18 | MR. WALCZAK:  Thank you. | 12:43:50 |
| 19 | BY MR. WALCZAK: | 12:43:53 |
| 20 | Q.    Mr. DuAime, let me know when | 12:43:53 |
| 21 | you've had a moment to look at that. | 12:43:55 |
| 22 | I'll represent for the record | 12:43:57 |
| 23 | that Exhibit 10 has Bates numbers | 12:43:58 |
| 24 | NextGen-00027262 through NextGen-00027263. | 12:44:00 |
| 25 | A.    Okay. | 12:44:33 |

Page 168

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.    Mr. DuAime, do you recognize | 12:44:34 |
| 2 | this document? | 12:44:35 |
| 3 | A.    Yes. | 12:44:37 |
| 4 | Q.    Is it an email thread including | 12:44:37 |
| 5 | you from March 14 and 15 of 2018? | 12:44:41 |
| 6 | A.    Yes, it is. | 12:44:46 |
| 7 | Q.    Do you recall sending the emails | 12:44:47 |
| 8 | with your name in the "From" line? | 12:44:48 |
| 9 | A.    Yes. | 12:44:48 |
| 10 | Q.    Are these emails kept by NextGen | 12:44:53 |
| 11 | in the ordinary course of its business? | 12:44:55 |
| 12 | A.    Yes. | 12:44:55 |
| 13 | Q.    Are they saved on the same | 12:44:59 |
| 14 | computer system where they are written? | 12:45:01 |
| 15 | A.    Yes. | 12:45:01 |
| 16 | Q.    Can you describe the context for | 12:45:05 |
| 17 | your email at the top here dated Thursday, | 12:45:06 |
| 18 | March 15, 2018 at 12:37 p.m.?  What is being | 12:45:10 |
| 19 | discussed here? | 12:45:15 |
| 20 | A.    So what is being discussed is | 12:45:15 |
| 21 | the possibility of creating, ultimately | 12:45:22 |
| 22 | creating a second pharmacy network and | 12:45:25 |
| 23 | connection. | 12:45:29 |
| 24 | Q.    And who are the individuals you | 12:45:31 |
| 25 | are corresponding with?  Who is Guy | 12:45:33 |

Page 169

CONFIDENTIAL

```
1              * * * * * * * * * * * * * * * * * * * * * *

2                C E R T I F I C A T E

3              * * * * * * * * * * * * * * * * * * * * * *

4

5              I, PAUL J. FREDERICKSON,

6        California Certified Shorthand

7        Reporter No. 13164, do hereby certify:

8              That prior to being examined,

9        the witness named in the foregoing

10       deposition was by me remotely sworn or

11       affirmed to testify to the truth, the

12       whole truth and nothing but the truth;

13             That said deposition was taken

14       down by me remotely in shorthand at,

15       and thereafter reduced to print by

16       means of computer-aided transcription;

17       and the same is a true, correct and

18       complete transcript of said

19       proceedings.

20             I further certify that I am not

21       interested in the outcome of the

22       action.

23

24

25

                                         Page 241
```

1          Witness my hand this 27th day of

2      February 2021.

3

4

5

6          PAUL J. FREDERICKSON, CSR

7          CA CSR 13164

8          Expiration date January 31, 2022

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 242