UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SURESCRIPTS, LLC,**<br><br>**Defendant.** | Case No. 1:19-cv-01080 (JDB) |

**Notice of Withdrawal of Appearance**

Pursuant to Local Civil Rule 83.6(b), please take notice that Tanya T. O'Neil is withdrawing as counsel of record for Plaintiff Federal Trade Commission in this matter.

The Federal Trade Commission will continue to be represented in this matter by Markus H. Meier, Bradley Albert, Daniel John Matheson, David B. Schwartz, Joseph P. Mathias, Nicholas Aaron Leefer, Timothy Grayson, and Andrew Kennedy.


Dated:  February 13, 2023

*/s/ Markus H. Meier*
Markus H. Meier (D.C. Bar No. 459715)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3759
Email: mmeier@ftc.gov

*/s/ Tanya T. O'Neil*
Tanya T. O'Neil

*Counsel for Plaintiff Federal Trade Commission*