UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION,**

　　Plaintiff,

　　　v.                                                       Civil Action No. 19-1080 (JDB)

**SURESCRIPTS, LLC,**

　　Defendant.

### ORDER

　　For the reasons explained in the accompanying Memorandum Opinion, upon consideration of [103] plaintiff's motion for partial summary judgment, and the entire record herein, it is hereby

　　**ORDERED** that [103] plaintiff's motion for partial summary judgment is **GRANTED**; it is further

　　**ORDERED** that **JUDGMENT IS ENTERED** in favor of plaintiff on the first element of its Section 2 claim and, accordingly, the only live issue remaining in this case is anticompetitive effects; it is further

　　**ORDERED** that the Court will **DEFER RULING ON** [104] defendant's motion for summary judgment; and it is further

　　**ORDERED** that the parties are referred to a magistrate judge, beginning immediately, for the purpose of mediation.

　　**SO ORDERED.**

                                            /s/
                            JOHN D. BATES
                    United States District Judge

Dated:  March 30, 2023