IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION,**

    Plaintiff,

    v.

**SURESCRIPTS, LLC,**

    Defendant.

Case No.: 19-cv-1080 (JDB)

**Joint Motion to Postpone the Settlement Conference**

The parties respectfully request that the Court postpone the date of the settlement conference, which is currently scheduled for June 23, 2023 at 10:00 am, by approximately 45 days.

1. On May 15, 2023, the parties reached agreement on a term sheet to resolve the case in full.

2. Since then, the parties have been working diligently to convert the term sheet into a mutually agreeable draft Stipulated Order For Permanent Injunction and Equitable Relief ("Draft Order").

3. The parties intend to work expeditiously to reach agreement on the final language of the Draft Order.

4. Postponing the settlement conference for approximately 45 days should provide the parties sufficient time to reach a definitive settlement in this case.

A proposed order is attached.

2

Dated: June 7, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Markus H. Meier* | */s/ Amanda P. Reeves* |
| Markus H. Meier (D.C. Bar 459715) | Amanda P. Reeves (D.C. Bar 496338) |
| Federal Trade Commission | LATHAM & WATKINS LLP |
| 600 Pennsylvania Avenue, NW | 555 Eleventh Street, NW Suite 1000 |
| Washington, DC 20580 | Washington, DC 20004-1304 |
| Tel: (202) 326-3759 | Tel: (202) 637-2183 |
| Email: mmeier@ftc.gov | Email: Amanda.Reeves@lw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Federal Trade Commission* | *Surescripts, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June 2023, I have electronically filed a true and correct copy of the parties' Joint Motion to Postpone the Settlement Conference with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

Dated: June 7, 2023

*/s/ Markus H. Meier*
Markus H. Meier (D.C. Bar 459715)
Federal Trade Commission
Bureau of Competition
400 7th Street, SW
Washington, DC 20024
Tel: (202) 326-3759
Email: mmeier@ftc.gov

*Counsel for Plaintiff*
*Federal Trade Commission*